MORGAN, LEWIS & BOCKIUS LLP
Clifford D. Sethness (Bar No. 212975)
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel.: +1.213.612.2500
Fax: +1.213.612.2501
clifford.sethness@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley (Bar No. 168181)
One Market, Spear Street Tower
San Francisco, California  94105-1596
Telephone:    +1.415.442.1000
Facsimile:    +1.415.442.1001
eric.meckley@morganlewis.com

Attorneys for Defendants APM TERMINALS PACIFIC LLC; CERES MARINE TERMINALS, INC.; SSA TERMINALS, LLC; SSA MARNIE, INC.; and TRANSPAC TERMINAL SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EVAGELOS ANDRIKOS, BRYANT BURNS, MICHAEL OLVERA, PAUL RUIZ, JERRY VRBANOVIC, on behalf of themselves and other similarly situated non-exempt former and current employees,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC MARITIME ASSOCIATION, PACIFIC MARITIME ASSOCIATION, INC., APM TERMINALS PACIFIC LLC, APS STEVEDORING, LLC, BENICIA PORT TERMINAL COMPANY, CERES TERMINALS INCORPORATED, CRESCENT CITY MARINE WAYS & DRYDOCK COMPANY, INC., EAGLE MARINE SERVICES, LTD., EVERPORT TERMINAL SERVICES, INC., HARBOR INDUSTRIAL SERVICES CORPORATION, INNOVATIVE TERMINAL SERVICES | Case No. 2:19-cv-10421<br><br>**DECLARATION OF ERIC MECKLEY IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL PURSUANT TO THE CLASS ACTION FAIRNESS ACT ("CAFA")**<br><br>[28 U.S.C. § § 1332, 1441, 1446, 1453] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 37942018.1

DECLARATION OF E. MECKLEY ISO
DEFENDANTS' NOTICE OF REMOVAL
CASE NO. 2:19-cv-10421

| | |
|---|---|
| 1 | INC., INTERNATIONAL TRANSPORTATION SERVICE, INC., KINDER MORGAN BULK TERMINALS LLC, LBCT, LLC, MARINE TERMINALS CORPORATION, MARINE TERMINALS CORPORATION OF LOS ANGELES, MATSON NAVIGATION COMPANY, INC., MATSON TERMINALS, INC., METROPOLITAN STEVEDORE COMPANY, OCEAN TERMINAL SERVICES, INC., PACIFIC CRANE MAINTENANCE COMPANY LP, PACIFIC RO-RO STEVEDORING, LLC, PASHA STEVEDORING & TERMINALS LP, PORT MAINTENANCE GROUP, SSA MARINE, INC., SSA TERMINALS, LLC, TERMINAL EQUIPMENT SERVICES, INC., TOTAL TERMINALS INTERNATIONAL, LLC, TRANSPAC TERMINAL SERVICES, LLC, TRAPAC, LLC, YUSEN TERMINALS, INC. and DOES 1 through 100, inclusive, |
| | Defendants. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 37942018.1

DECLARATION OF E. MECKLEY ISO
DEFENDANTS' NOTICE OF REMOVAL
CASE NO. 2:19-cv-10421

# **DECLARATION OF ERIC MECKLEY**

I, Eric Meckley, declare as follows:

1. I am a Partner with the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendants APM Terminals Pacific LLC, Ceres Marine Terminals, Inc., SSA Terminals, LLC, SSA Marnie, Inc., and Transpac Terminal Services, LLC (hereinafter collectively referred to as "Removing Defendants"). I make this declaration in support of Removing Defendants' Notice of Removal. I have personal knowledge of the facts set forth in this Declaration or know of such facts from my review of the case documents and the court docket in this matter and other information that is publically available or provided to me by Removing Defendants. If called and sworn as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint, filed on August 22, 2019.

3. Attached hereto as **Exhibits B-E** are true and correct copies of the Amendments to the Complaint filed by Plaintiffs in this action on November 12, 2019.

4. Attached hereto as **Exhibit F** are true and correct copies of the Summons and Proof of Service of Summons for the Removing Defendants filed by Plaintiffs on August 22, 2019 and November 26, 2019, respectively.

5. Attached hereto as **Exhibit G** are true and correct copies of the Orders issued by the State Court, including those related to the initial scheduling and case management.

6. Attached hereto as **Exhibit H** is a true and correct copy of Plaintiffs' First Amended Complaint, filed on December 6, 2019.

7. Attached hereto as **Exhibit I** is a true and correct copy of the consolidated Answer all named Defendants other than Total Terminals International LLC filed to the First Amended Complaint in this action on December 9, 2019.

///

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

DB2/ 37942018.1

1

DECLARATION OF E. MECKLEY ISO DEFENDANTS' NOTICE OF REMOVAL
CASE NO. 2:19-cv-10421

8. Attached hereto as **Exhibit J** is a true and correct copy of the Answer Defendant Total Terminals International LLC separately filed to the First Amended Complaint on December 9, 2019.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on this 9th day of December 2019, in San Francisco, California.

                     */s/ Eric Meckley*
                     Eric Meckley

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 37942018.1

2

DECLARATION OF E. MECKLEY ISO DEFENDANTS' NOTICE OF REMOVAL
CASE NO. 2:19-cv-10421