# EXHIBIT B

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER 164277 | Reserved for Clerk's File Stamp |
|---|---|---|
| Daniel P. Stevens<br>STEVENS & McMILLAN<br>335 Centennial Way<br>Tustin, CA 92780    TEL: 714-730-1000    FAX: 714-730-1000 | | FILED<br>Superior Court of California<br>County of Los Angeles<br>NOV 12 2019<br>Sherri R. Carter, Executive Officer/Clerk<br>By _____, Deputy<br>Steven Drew |

ATTORNEY FOR (Name): Representative Plaintiffs, Evagelos Andrikos et al.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
COURTHOUSE ADDRESS:
312 North Spring St., Los Angeles, CA 90012
PLAINTIFF:
Evagelos Andrikos, et al.
DEFENDANT:
Pacific Maritime Association, et al.

**AMENDMENT TO COMPLAINT**
**(Fictitious /Incorrect Name)**

CASE NUMBER:
19STCV29526

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

FICTITIOUS NAME
Doe 1

and having discovered the true name of the defendant to be:

TRUE NAME
Ceres Marine Terminals Inc.

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| November 8, 2019 | Daniel P. Stevens | |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

INCORRECT NAME

and having discovered the true name of the defendant to be:

TRUE NAME

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

**ORDER**

THE COURT ORDERS the amendment approved and filed.

_____    _____
Dated                              Judicial Officer

| | AMENDMENT TO COMPLAINT | Code Civ. Proc., §§ 471.5, |
|---|---|---|
| LASC LACIV 105 (Rev. 08/18)<br>For Optional Use | (Fictitious / Incorrect Name) | 472, 473, 474 |

Exhibit B, Page 19