# EXHIBIT C

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER 164277 | Reserved for Clerk's File Stamp |
|---|---|---|
| Daniel P. Stevens<br>STEVENS & McMILLAN<br>335 Centennial Way<br>Tustin, CA 92780   TEL: 714-730-1000   FAX: 714-730-1000 | | FILED<br>Superior Court of California<br>County of Los Angeles<br>NOV 12 2019<br>Sherri R. Carter, Executive Officer/Clerk<br>By_____, Deputy<br>Steven Drew |
| ATTORNEY FOR (Name): Representative Plaintiffs, Evagelos Andrikos et al. | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
COURTHOUSE ADDRESS: 312 North Spring St., Los Angeles, CA 90012
PLAINTIFF: Evagelos Andrikos, et al.
DEFENDANT: Pacific Maritime Association, et al.

**AMENDMENT TO COMPLAINT**
**(Fictitious /Incorrect Name)**

CASE NUMBER: 19STCV29526

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

FICTITIOUS NAME
Doe 2

and having discovered the true name of the defendant to be:

TRUE NAME
Fenix Marine Services, Ltd. dba Eagle Marine Services, Ltd.

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| November 8, 2019 | Daniel P. Stevens | /s/ |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

INCORRECT NAME

and having discovered the true name of the defendant to be:

TRUE NAME

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

**ORDER**

THE COURT ORDERS the amendment approved and filed.

Dated _____                    _____ Judicial Officer

LASC LACIV 105 (Rev. 08/18)
For Optional Use

**AMENDMENT TO COMPLAINT**
**(Fictitious / Incorrect Name)**

Code Civ. Proc., §§ 471.5, 472, 473, 474

**Exhibit C, Page 21**