# EXHIBIT F

ORIGINAL

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
PACIFIC MARITIME ASSOCIATION (see Additional Parties Attachment form attached),

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
EVAGELOS ANDRIKOS, BRYANT BURNS, MICHAEL OLVERA, PAUL RUIZ, JERRY VRBANOVIC, on behalf of themselves and other similarly situated non-exempt former and current employees,

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
Superior Court of California
County of Los Angeles

AUG 22 2019

Sherri R. Carter, Executive Officer/Clerk of Court
By_____ Deputy
    Isaac Love

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Los Angeles County Superior Court - Stanley Mosk Courthouse<br>111 North Hill St.<br>Los Angeles, CA 90012 | **CASE NUMBER:**<br>*(Número del Caso):*<br>**19STCV29526** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Daniel P. Stevens (SBN 164277)   STEVENS & McMILLAN
335 Centennial Way,  Tustin, CA 92780
Telephone No.: 714/730-1000
Fax No.: 714/730-1067

DATE: **AUG 2 2 2019**    SHERRI R. CARTER    Clerk, by _____, Deputy
(Fecha)                                      (Secretario)                       (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
LexisNexis® Automated California Judicial Council Forms

BY FAX

**Exhibit F, Page 27**

SUM-200(A)

| SHORT TITLE: Andrikos, et al. v. Pacific Maritime Association, et al. | CASE NUMBER: |
|---|---|

**INSTRUCTIONS FOR USE**

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.):*

☐ Plaintiff  ☑ Defendant  ☐ Cross-Complainant  ☐ Cross-Defendant

PACIFIC MARITIME ASSOCIATION, INC., APM TERMINALS PACIFIC LLC, APS STEVEDORING, LLC, BENICIA PORT TERMINAL COMPANY, CERES TERMINALS INCORPORATED, CRESCENT CITY MARINE WAYS & DRYDOCK COMPANY, INC., EAGLE MARINE SERVICES, LTD., EVERPORT TERMINAL SERVICES, INC., HARBOR INDUSTRIAL SERVICES CORPORATION, INNOVATIVE TERMINAL SERVICES INC., INTERNATIONAL TRANSPORTATION SERVICE, INC., KINDER MORGAN BULK TERMINALS LLC, LBCT, LLC, MARINE TERMINALS CORPORATION, MARINE TERMINALS CORPORATION OF LOS ANGELES, MATSON NAVIGATION COMPANY, INC., MATSON TERMINALS, INC., METROPOLITAN STEVEDORE COMPANY, OCEAN TERMINAL SERVICES, INC., PACIFIC CRANE MAINTENANCE COMPANY LP, PACIFIC RO-RO STEVEDORING, LLC, PASHA STEVEDORING & TERMINALS LP, PORT MAINTENANCE GROUP, SSA MARINE, INC., SSA TERMINALS, LLC, TERMINAL EQUIPMENT SERVICES, INC., TOTAL TERMINALS INTERNATIONAL, LLC, TRANSPAC TERMINAL SERVICES, LLC, TRAPAC, LLC, YUSEN TERMINALS, INC. and DOES 1 through 100, inclusive,

Page 1 of 1

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

Exhibit F, Page 28

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| DANIEL P. STEVENS | SBN: 164277<br>STEVENS & MCMILLAN<br>335 CENTENNIAL WAY<br>TUSTIN, CA 92780<br>TELEPHONE NO.: (714) 730-1000 | FAX NO. (714) 730-1067 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiffs: EVAGELOS ANDRIKOS, BRYANT BURNS, MICHAEL OLVERA, PAUL RUIZ, JERRY VRBANOVIC | **FILED**<br>LOS ANGELES SUPERIOR COURT<br><br>NOV 26 2019<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By _____, Deputy<br>Tanya Herrera |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | |
|---|---|
| STREET ADDRESS: 312 N. SPRING STREET | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 | |
| BRANCH NAME: SPRING STREET COURTHOUSE | |

| PLAINTIFF/PETITIONER: EVAGELOS ANDRIKOS, ET AL. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: PACIFIC MARITIME ASSOCIATION, ET AL. | 19STCV29526 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>ANDRIKOS |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] Summons
   b. [ ] Complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet
   e. [ ] Cross-complaint
   f. [X] other *(specify documents)*: **CLASS ACTION COMPLAINT FOR DAMAGES; CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; MOTION FOR PEREMPTORY DISQUALIFICATION; DECLARATION OF HEATHER K. MCMILLAN IN SUPPORT THEREOF; NOTICE OF CASE RE-ASSIGNMENT; MINUTE ORDER DATED SEPTEMBER 9, 2019; MINUTE ORDER DATED SEPTEMBER 26, 2019; NOTICE OF CASE ASSIGNMENT-UNLIMITED CIVIL CASE; INITIAL STATUS CONFERENCE ORDER (COMPLEX LITIGATION PROGRAM)**

3. a. Party served *(specify name of party as shown on documents served)*:
   **TRANSPAC TERMINAL SERVICES, LLC**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **CT Corporation System, Registered Agent - By Serving Daisy Montenegro, Process Specialist**

4. Address where the party was served: **818 W 7th St #930**
   **Los Angeles, CA 90017**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **11/08/2019**   (2) at *(time)*: **02:30 pm**

   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: **or** [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>POS010-1/2869550 |
|---|---|---|

**Exhibit F, Page 29**

| PETITIONER: EVAGELOS ANDRIKOS, ET AL. | CASE NUMBER: |
|---|---|
| RESPONDENT: PACIFIC MARITIME ASSOCIATION, ET AL. | 19STCV29526 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                       (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30).

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40).

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* **TRANSPAC TERMINAL SERVICES, LLC**
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                          ☒ other: **LLC**

7. Person who served papers
   a. Name: **DION JONES C/O Nationwide Legal, LLC  (12-234648)**
   b. Address: **200 W. Santa Ana Blvd., Suite 300  Santa Ana, CA 92701**
   c. Telephone number: **(714) 558-2400**
   d. The fee for service was: **$ 64.20**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner     ☐ employee     ☒ independent contractor.
         (ii) Registration No.: **2013128925**
         (iii) County: **LOS ANGELES**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **11/14/2019**

Nationwide Legal, LLC  (12-234648)
200 W. Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2400
www.nationwideasap.com

**DION JONES**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                                    (SIGNATURE)

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| DANIEL P. STEVENS | SBN: 164277<br>STEVENS & MCMILLAN<br>335 CENTENNIAL WAY<br>TUSTIN, CA 92780<br>TELEPHONE NO.: (714) 730-1000 | FAX NO. (714) 730-1067 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiffs: EVAGELOS ANDRIKOS, BRYANT BURNS, MICHAEL OLVERA, PAUL RUIZ, JERRY VRBANOVIC | **FILED**<br>LOS ANGELES SUPERIOR COURT<br>NOV 26 2019<br>Sherri R. Carter, Executive Officer/Clerk<br>By _____, Deputy<br>Tanya Herrera |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 312 N. SPRING STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: SPRING STREET COURTHOUSE

| PLAINTIFF/PETITIONER: EVAGELOS ANDRIKOS, ET AL. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: PACIFIC MARITIME ASSOCIATION, ET AL. | 19STCV29526 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>ANDRIKOS |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] Summons
   b. [ ] Complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet
   e. [ ] Cross-complaint
   f. [X] other *(specify documents)*: CLASS ACTION COMPLAINT FOR DAMAGES; CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; MOTION FOR PEREMPTORY DISQUALIFICATION; DECLARATION OF HEATHER K. MCMILLAN IN SUPPORT THEREOF; NOTICE OF CASE RE-ASSIGNMENT; MINUTE ORDER DATED SEPTEMBER 9, 2019;MINUTE ORDER DATED SEPTEMBER 26, 2019; NOTICE OF CASE ASSIGNMENT-UNLIMITED CIVIL CASE; INITIAL STATUS CONFERENCE ORDER (COMPLEX LITIGATION PROGRAM)

3. a. Party served *(specify name of party as shown on documents served)*:
   **APM TERMINALS PACIFIC LLC**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **CT Corporation System, Registered Agent - By Serving Daisy Montenegro, Process Specialist**

4. Address where the party was served: **818 W 7th St #930**
   **Los Angeles, CA 90017**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **11/08/2019**   (2) at *(time)*: **02:30 pm**

   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2869531

Exhibit F, Page 31

| PETITIONER: EVAGELOS ANDRIKOS, ET AL. | CASE NUMBER: |
|---|---|
| RESPONDENT: PACIFIC MARITIME ASSOCIATION, ET AL. | 19STCV29526 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:    (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: **APM TERMINALS PACIFIC LLC**
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
                                                ☒ other: **LLC**

7. Person who served papers
   a. Name: **DION JONES C/O Nationwide Legal, LLC  (12-234648)**
   b. Address: **200 W. Santa Ana Blvd., Suite 300  Santa Ana, CA 92701**
   c. Telephone number: **(714) 558-2400**
   d. The fee for service was: **$ 101.45**
   e. I am:

      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner   ☐ employee   ☒ independent contractor.
         (ii) Registration No.: **2013128925**
         (iii) County: **LOS ANGELES**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **11/14/2019**

Nationwide Legal, LLC  (12-234648)
200 W. Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2400
www.nationwideasap.com

**DION JONES**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)               (SIGNATURE)

POS-010 [Rev January 1, 2007]       **PROOF OF SERVICE OF SUMMONS**       Page 2 of 2
                                                                                                                POS-010/2869531

**Exhibit F, Page 32**

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> DANIEL P. STEVENS | SBN: 164277 <br> STEVENS & MCMILLAN <br> 335 CENTENNIAL WAY <br> TUSTIN, CA 92780 <br> TELEPHONE NO.: (714) 730-1000 | FAX NO. (714) 730-1067 | E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: Plaintiffs: | FOR COURT USE ONLY <br><br> **FILED** <br> LOS ANGELES SUPERIOR COURT <br><br> NOV 26 2019 <br><br> Sherri R. Carter, Executive Officer/Clerk <br> By_____ Tanya Herrera _____, Deputy |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 312 N. SPRING STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: SPRING STREET COURTHOUSE

PLAINTIFF/PETITIONER: EVAGELOS ANDRIKOS, ET AL.
DEFENDANT/RESPONDENT: PACIFIC MARITIME ASSOCIATION, ET AL.

CASE NUMBER: 19STCV29526

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: ANDRIKOS

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ Summons
   b. ☒ Complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet
   e. ☐ Cross-complaint
   f. ☒ other *(specify documents)*: See attached Document List
3. a. Party served *(specify name of party as shown on documents served)*:
   **CERES MARINE TERMINALS INC.**

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **CSC-LAWYERS INCORPORATING SERVICE, REGISTERED AGENT, BY SERVING BECKY DEGEORGE, - AUTHORIZED AGENT**

4. Address where the party was served: **2710 GATEWAY OAKS DRIVE, SUITE 150N SACRAMENTO, CA 95833 SACRAMENTO, CA 95833**

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **11/14/2019** (2) at *(time)*: **01:51 pm**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date)*:         from *(city)*:                                  or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2869962

Exhibit F, Page 33

**Nationwide Legal, LLC (12-234648)**

1609 James M. Wood Blvd., 2nd Fl

Los Angeles, CA 90015

Phone: (213) 249-9999   Fax: (213) 249-9990

Continued from Proof of Service

**CASE #:** 19STCV29526                              **DATE:** November 19, 2019

**CASE NAME:** EVAGELOS ANDRIKOS, ET AL. VS. PACIFIC MARITIME ASSOCIATION, ET AL.

**SUMMONS;COMPLAINT;ALTERNATIVE DISPUTE PACKAGE;CIVIL CASE COVER SHEET;AMENDMENT TO COMPLAINT; CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; NOTICE OF CASE ASSIGNMENT - UNLIMITED CIVIL CASE; MOTION FOR PEREMPTORY DISQUALIFICATION: DECLARATION OF HEATHER K. MCMILLAN IN SUPPORT THEREOF; NOTICE OF CASE RE-ASSIGNMENT; INITIAL STATUS CONFERENCE ORDER (COMPLEX LITIGATION PROGRAM); MINUTE ORDER; RE: NATURE OF PROCEEDINGS: COURT ORDER RE: PEREMPTORY CHALLENGE; MINUTE ORDER; RE: NATURE OF PROCEEDINGS: COURT ORDER**

| PETITIONER: EVAGELOS ANDRIKOS, ET AL. | CASE NUMBER: |
|---|---|
| RESPONDENT: PACIFIC MARITIME ASSOCIATION, ET AL. | 19STCV29526 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                                (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☒ as the person sued under the fictitious name of *(specify)*: **DOE 1**
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: **CERES MARINE TERMINALS INC.**
      under the following Code of Civil Procedure section:

      ☒ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                       ☐ other:

7. **Person who served papers**
   a. Name: **DEJA M. JEFFERSON C/O Nationwide Legal, LLC (12-234648)**
   b. Address: **1609 James M. Wood Blvd., 2nd Fl Los Angeles, CA 90015**
   c. Telephone number: **(213) 249-9999**
   d. The fee for service was: **$ 148.75**
   e. I am:

      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
          (i) ☐ owner  ☐ employee  ☒ independent contractor.
          (ii) Registration No.: **2019-60**
          (iii) County: **SACRAMENTO**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **11/19/2019**

Nationwide Legal, LLC (12-234648)
1609 James M. Wood Blvd., 2nd Fl
Los Angeles, CA 90015
(213) 249-9999
www.nationwideasap.com

**DEJA M. JEFFERSON**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)          ▶ *(signature)* (SIGNATURE)

POS-010 [Rev January 1, 2007]        **PROOF OF SERVICE OF SUMMONS**                Page 2 of 2
                                                                              POS-010/2869962

Exhibit F, Page 35

| Attorney or Party without Attorney: DANIEL P. STEVENS, SBN: 164277<br>STEVENS & MCMILLAN<br>335 CENTENNIAL WAY<br>TUSTIN, CA 92780<br>TELEPHONE No.: (714) 730-1000   FAX No. (Optional): (714) 730-1067<br>E-MAIL ADDRESS (Optional):<br>Attorney for: Plaintiffs | FOR COURT USE ONLY |
|---|---|
| Ref No. or File No.: ANDRIKOS | |

Insert name of Court, and Judicial District and Branch Court:
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES - SPRING STREET COURTHOUSE

Plaintiff: EVAGELOS ANDRIKOS, ET AL.
Defendant: PACIFIC MARITIME ASSOCIATION, ET AL.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 19STCV29526 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS;COMPLAINT;ALTERNATIVE DISPUTE PACKAGE;CIVIL CASE COVER SHEET;AMENDMENT TO COMPLAINT; CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; NOTICE OF CASE ASSIGNMENT - UNLIMITED CIVIL CASE; MOTION FOR PEREMPTORY DISQUALIFICATION: DECLARATION OF HEATHER K. MCMILLAN IN SUPPORT THEREOF; NOTICE OF CASE RE-ASSIGNMENT; INITIAL STATUS CONFERENCE ORDER (COMPLEX LITIGATION PROGRAM); MINUTE ORDER; RE: NATURE OF PROCEEDINGS: COURT ORDER RE: PEREMPTORY CHALLENGE; MINUTE ORDER; RE: NATURE OF PROCEEDINGS: COURT ORDER

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SANTA ANA, California, addressed as follows:

   a. Date of Mailing: November 14, 2019
   b. Place of Mailing: SANTA ANA, California
   c. Addressed as follows: FENIX MARINE SERVICES, LTD. DBA EAGLE MARINE SERVICES, LTD.
      ATTENTION: CSC-LAWYERS INCORPORATING SERVICE, REGISTERED AGENT,
      BY SERVING BECKY DEGEORGE - AUTHORIZED AGENT
      2710 GATEWAY OAKS DRIVE, SUITE 150N SACRAMENTO, CA 95833
      SACRAMENTO, CA 95833

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ANA, California in the ordinary course of business.

Fee for Service: $ 64.75
NATIONWIDE Nationwide Legal, LLC (12-234648)
1609 James M. Wood Blvd., 2nd Fl
Los Angeles, CA 90015
(213) 249-9999
www.nationwideasap.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 19, 2019.

Signature: _____
JACQUELINE ORTIZ

**PROOF OF SERVICE BY MAIL**

Order#: 2869963/mailproof

**Exhibit F, Page 36**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>DANIEL P. STEVENS | SBN: 164277<br>STEVENS & MCMILLAN<br>335 CENTENNIAL WAY<br>TUSTIN, CA 92780<br>TELEPHONE NO.: (714) 730-1000 | FAX NO. (714) 730-1067 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiffs | FOR COURT USE ONLY<br><br>**FILED**<br>LOS ANGELES SUPERIOR COURT<br><br>NOV 26 2019<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By _____ Tanya Herrera _____, Deputy |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>STREET ADDRESS: 312 N. SPRING STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012<br>BRANCH NAME: SPRING STREET COURTHOUSE | |
| PLAINTIFF/PETITIONER: EVAGELOS ANDRIKOS, ET AL.<br>DEFENDANT/RESPONDENT: PACIFIC MARITIME ASSOCIATION, ET AL. | CASE NUMBER:<br>19STCV29526 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>ANDRIKOS |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] Summons
   b. [X] Complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet
   e. [ ] Cross-complaint
   f. [X] other *(specify documents)*: See attached Document List
3. a. Party served *(specify name of party as shown on documents served)*:
   **SSA MARINE, INC.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **CANDICE M. WOOD - REGISTERED AGENT FOR SERVICE OF PROCESS**

4. Address where the party was served: **1131 SW KLICKITAT WAY,**
   **SEATTLE, WA 98134**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **11/12/2019**  (2) at *(time)*: **11:36 am**
   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:  from *(city)*:  or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Nationwide Legal, LLC (12-234648)
1609 James M. Wood Blvd., 2nd Fl
Los Angeles, CA 90015
Phone: (213) 249-9999  Fax: (213) 249-9990

Continued from Proof of Service

**CASE #:** 19STCV29526  **DATE:** November 19, 2019

**CASE NAME:** EVAGELOS ANDRIKOS, ET AL. VS. PACIFIC MARITIME ASSOCIATION, ET AL.

**SUMMONS;COMPLAINT;ALTERNATIVE DISPUTE PACKAGE;CIVIL CASE COVER SHEET;CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; NOTICE OF CASE ASSIGNMENT - UNLIMITED CIVIL CASE; MOTION FOR PEREMPTORY DISQUALIFICATION: DECLARATION OF HEATHER K. MCMILLAN IN SUPPORT THEREOF; NOTICE OF CASE RE-ASSIGNMENT; INITIAL STATUS CONFERENCE ORDER (COMPLEX LITIGATION PROGRAM); MINUTE ORDER; RE: NATURE OF PROCEEDINGS: COURT ORDER RE: PEREMPTORY CHALLENGE; MINUTE ORDER; RE: NATURE OF PROCEEDINGS: COURT ORDER**

Order#: 2869664/DocAtt2010

| PETITIONER: EVAGELOS ANDRIKOS, ET AL. | CASE NUMBER: |
|---|---|
| RESPONDENT: PACIFIC MARITIME ASSOCIATION, ET AL. | 19STCV29526 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*  (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)*

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☒ On behalf of *(specify):* **SSA MARINE, INC.**
   under the following Code of Civil Procedure section:

   ☒ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**
   a. Name: **J. DEWITT C/O Nationwide Legal, LLC (12-234648)**
   b. Address: **1609 James M. Wood Blvd., 2nd Fl Los Angeles, CA 90015**
   c. Telephone number: **(213) 249-9999**
   d. The fee for service was: **$ 201.00**
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
          (i) ☐ owner   ☐ employee   ☐ independent contractor.
          (ii) Registration No.:
          (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: **11/19/2019**

Nationwide Legal, LLC (12-234648)
1609 James M. Wood Blvd., 2nd Fl
Los Angeles, CA 90015
(213) 249-9999
www.nationwideasap.com

**J. DEWITT**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)   ▶   (SIGNATURE)

POS-010 [Rev January 1, 2007]   **PROOF OF SERVICE OF SUMMONS**   Page 2 of 2
POS-010/2869664

**Exhibit F, Page 39**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| DANIEL P. STEVENS | SBN: 164277<br>STEVENS & MCMILLAN<br>335 CENTENNIAL WAY<br>TUSTIN, CA 92780<br>TELEPHONE NO.: (714) 730-1000 | FAX NO. (714) 730-1067 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiffs: EVAGELOS ANDRIKOS, BRYANT BURNS, MICHAEL OLVERA, PAUL RUIZ, JERRY VRBANOVIC | **FILED**<br>LOS ANGELES SUPERIOR COURT<br>NOV 26 2019<br>Sherri R. Carter, Executive Officer/Clerk<br>By_____, Deputy<br>Tanya Herrera |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 312 N. SPRING STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: SPRING STREET COURTHOUSE

PLAINTIFF/PETITIONER: EVAGELOS ANDRIKOS, ET AL.

DEFENDANT/RESPONDENT: PACIFIC MARITIME ASSOCIATION, ET AL.

CASE NUMBER: 19STCV29526

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: ANDRIKOS

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] Summons
   b. [ ] Complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet
   e. [ ] Cross-complaint
   f. [X] other *(specify documents)*: **CLASS ACTION COMPLAINT FOR DAMAGES; CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; MOTION FOR PEREMPTORY DISQUALIFICATION; DECLARATION OF HEATHER K. MCMILLAN IN SUPPORT THEREOF; NOTICE OF CASE RE-ASSIGNMENT; MINUTE ORDER DATED SEPTEMBER 9, 2019; MINUTE ORDER DATED SEPTEMBER 26, 2019; NOTICE OF CASE ASSIGNMENT-UNLIMITED CIVIL CASE; INITIAL STATUS CONFERENCE ORDER (COMPLEX LITIGATION PROGRAM)**

3. a. Party served *(specify name of party as shown on documents served)*:
   **SSA TERMINALS, LLC**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **CSC-Lawyers Incorporating Service, Registered Agent - By Serving Becky DeGeorge, Process Specialist**

4. Address where the party was served: **2710 Gateway Oaks Dr #150N**
   **Sacramento, CA 95833**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **11/08/2019** (2) at *(time)*: **03:49 pm**
   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>POS010-1/2869547 |

**Exhibit F, Page 40**

| PETITIONER: EVAGELOS ANDRIKOS, ET AL. | CASE NUMBER: |
|---|---|
| RESPONDENT: PACIFIC MARITIME ASSOCIATION, ET AL. | 19STCV29526 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                 (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30).

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40).

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify)*: **SSA TERMINALS, LLC**
     under the following Code of Civil Procedure section:

     ☐ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
     ☐ 416.20 (defunct corporation)           ☐ 416.60 (minor)
     ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
     ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
     ☐ 416.50 (public entity)                     ☐ 415.46 (occupant)
                                                       ☒ other: LLC

7. Person who served papers
  a. Name: **EVAN R. HERNANDEZ C/O Nationwide Legal, LLC  (12-234648)**
  b. Address: **200 W. Santa Ana Blvd., Suite 300  Santa Ana, CA 92701**
  c. Telephone number: **(714) 558-2400**
  d. The fee for service was: **$ 64.20**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
       (i) ☐ owner   ☐ employee   ☒ independent contractor.
       (ii) Registration No.: **2019-39**
       (iii) County: **SACRAMENTO**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **11/14/2019**

Nationwide Legal, LLC  (12-234648)
200 W. Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2400
www.nationwideasap.com

**EVAN R. HERNANDEZ**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      ▶ *Evan Hernandez* (SIGNATURE)

Exhibit F, Page 41