MORGAN, LEWIS & BOCKIUS LLP
Clifford D. Sethness (Bar No. 212975)
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel.: +1.213.612.2500
Fax: +1.213.612.2501
clifford.sethness@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley (Bar No. 168181)
One Market, Spear Street Tower
San Francisco, California 94105-1596
Telephone: +1.415.442.1000
Facsimile: +1.415.442.1001
eric.meckley@morganlewis.com

Attorneys for Defendants APM TERMINALS PACIFIC LLC; CERES MARINE TERMINALS, INC.; SSA TERMINALS, LLC; SSA MARNIE, INC.; and TRANSPAC TERMINAL SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EVAGELOS ANDRIKOS, BRYANT BURNS, MICHAEL OLVERA, PAUL RUIZ, JERRY VRBANOVIC, on behalf of themselves and other similarly situated non-exempt former and current employees,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC MARITIME ASSOCIATION, PACIFIC MARITIME ASSOCIATION, INC., APM TERMINALS PACIFIC LLC, APS STEVEDORING, LLC, BENICIA PORT TERMINAL COMPANY, CERES TERMINALS INCORPORATED, CRESCENT CITY MARINE WAYS & DRYDOCK COMPANY, INC., EAGLE MARINE SERVICES, LTD., EVERPORT TERMINAL SERVICES, INC., | Case No. 2:19-cv-10421<br><br>**DECLARATION OF PARIN JHAVERI IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL PURSUANT TO THE CLASS ACTION FAIRNESS ACT ("CAFA")**<br><br>**[28 U.S.C. § § 1332, 1441, 1446, 1453]** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF PARIN JHAVERI
CASE NO. 2:19-cv-10421

DB2/ 37939244

| | |
|---|---|
| 1 | HARBOR INDUSTRIAL SERVICES CORPORATION, INNOVATIVE TERMINAL SERVICES INC., INTERNATIONAL TRANSPORTATION SERVICE, INC., KINDER MORGAN BULK TERMINALS LLC, LBCT, LLC, MARINE TERMINALS CORPORATION, MARINE TERMINALS CORPORATION OF LOS ANGELES, MATSON NAVIGATION COMPANY, INC., MATSON TERMINALS, INC., METROPOLITAN STEVEDORE COMPANY, OCEAN TERMINAL SERVICES, INC., PACIFIC CRANE MAINTENANCE COMPANY LP, PACIFIC RO-RO STEVEDORING, LLC, PASHA STEVEDORING & TERMINALS LP, PORT MAINTENANCE GROUP, SSA MARINE, INC., SSA TERMINALS, LLC, TERMINAL EQUIPMENT SERVICES, INC., TOTAL TERMINALS INTERNATIONAL, LLC, TRANSPAC TERMINAL SERVICES, LLC, TRAPAC, LLC, YUSEN TERMINALS, INC. and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | Defendants. |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 37939244

DECLARATION OF PARIN JHAVERI
CASE NO. 2:19-cv-10421

# DECLARATION OF PARIN JHAVERI

I, Parin Jhaveri, declare as follows:

1. I hold the position of Coast Director, IT and Longshore Payroll for Defendant Pacific Maritime Association ("PMA"), and I have been employed by PMA for around twenty years. In my current role, I oversee IT and longshore payroll operations for PMA. The facts set forth in this declaration are based on my personal knowledge and on records that PMA maintains in the ordinary course of business. I could testify competently to these facts if called as a witness.

2. PMA is a multi-employer collective bargaining association whose members include stevedoring companies, terminal operators, and maintenance and repair contractors that employ longshore workers, marine clerks, and other categories of dockworkers to load and unload cargo from seagoing vessels at waterfront facilities located at ports in California, Oregon, and Washington.

3. PMA's primary purpose is to negotiate, enter into, and administer on behalf of its members collective-bargaining agreements with the International Longshore and Warehouse Union ("ILWU"), which represent the West Coast dockworkers coastwide, and certain of its Longshore Division Local Unions, which represent workers locally. These workers are engaged in a kind of employment that normally involves working for several employers in the same industry interchangeably. This means that most workers have no steady employer and instead perform similar jobs within a group of employers. Jobs are typically for a very short duration. Many are for only one shift. As a result, each worker might have almost the same job but for several different employers each workweek.

4. The ILWU and PMA are parties to coastwide, multi-employer, multi-port collective bargaining agreements. Under those agreements, there are two types of classifications for longshore workers: casual and registered. Qualified casual and registered longshore workers may be assigned marine clerk jobs.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECLARATION OF PARIN JHAVERI
CASE NO. 2:19-cv-10421

DB2/ 37939244.3

5. Integral to its role as a management-side collective bargaining representative in connection with collective bargaining units of interchangeable workers, PMA also serves as a centralized payroll agent: it collects time card information and funds from employers and issues the pay and wage statements to the dockworkers employed by PMA member companies.

6. PMA's longshore payroll operations generally entail receiving time card information from PMA's member companies, processing the information, calculating wages and payroll taxes, collecting from the employers the funds for the wages and employer share of payroll taxes, and then printing and distributing wage statements and checks or direct deposit payments to the dockworkers.

7. Paydays for dockworkers are every Friday. According to PMA longshore payroll records, for the time period August 24, 2018 to December 6, 2019, at least 1,183 ILWU Local 10 registered longshore workers received 41 or more wage statements.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 9th day of December, 2019 in California.

                                               */s/ Parin Jhaveri*
                                                Parin Jhaveri

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 37939244

DECLARATION OF PARIN JHAVERI
CASE NO. 2:19-cv-10421