UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAGELOS ANDRIKOS, et al.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION, et al.<br><br>　　　　Defendants. | Case No. 2:19-cv-10421 GW(JCx)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE** *AMICUS CURIAE* **BRIEF OF THE INTERNATIONAL LONGSHORE AND WAREHOUSE UNION**<br><br>Date:　December 17, 2020<br>Time:　8:30 A.M.<br>Judge:　Hon. George H. Wu<br>Ctrm:　9D, 9th Floor |

## [PROPOSED] ORDER

After consideration of the parties' arguments regarding the International Longshore and Warehouse Union's Motion for Leave to File *Amicus Curiae* Brief, and good cause having been shown, it is hereby:

ORDERED that the Motion is GRANTED, and the International Longshore and Warehouse Union's *Amicus Curiae* Brief shall be accepted for filing on the date this Order is issued.

DATED:_____

HON. GEORGE H. WU
United States District Court Judge