LEONARD CARDER, LLP
**Eleanor Morton** (SBN 220407)
emorton@leonardcarder.com
**Emily M. Maglio** (SBN 267190)
emaglio@leonardcarder.com
**Afroz Baig** (SBN 308324)
abaig@leonardcarder.com
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400
Fax: (415) 771-7010

*Attorneys for Proposed Amicus,*
INTERNATIONAL LONGSHORE
AND WAREHOUSE UNION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAGELOS ANDRIKOS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION, et al.<br><br>Defendants. | Case No. 2:19-cv-10421 GW(JCx)<br><br>**DECLARATION OF EMILY M. MAGLIO IN SUPPORT OF ILWU'S MOTION FOR LEAVE TO FILE AN AMICUS BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:    December 17, 2020<br>Time:   8:30 A.M.<br>Judge:  Hon. George H. Wu<br>Ctrm:   9D, 9th Floor |

I, Emily M. Maglio, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted before this Court. I am a partner at the law firm of Leonard Carder, LLP, based in San Francisco, California. I am counsel for proposed *amicus* the International Longshore and Warehouse Union ("ILWU"). I have personal knowledge of the matters stated below, and if called upon to testify, would testify competently as to them.

2. On November 13, 2020, I sent an email to Daniel P. Stevens, Heather McMillan, and Lizeth Perales, the attorneys representing the Plaintiffs in this matter. In my email, I conveyed the ILWU's intent to file an *amicus* brief in opposition to class certification. I listed the issues the ILWU sought to address in its pleading. I also requested that Plaintiffs' counsel let me know if they had availability that afternoon to discuss the ILWU's *amicus* brief, or in the alternative, if they consented to the filing. A copy of my email is appended to this declaration as **Exhibit A.**

3. On November 13, 2020, Heather McMillan responded to my email and stated: "We are not included to grant this request and we are surprised the ILWU is taking a position opposite to the interest of the Union members." She stated that if I would like to discuss further, to advise her of my availability on Monday or Tuesday afternoon. A copy of her email is appended to this declaration as **Exhibit B.**

4. Thereafter, I provided Ms. McMillan with times I was available on Monday, November 16, 2020, and Tuesday, November 17, 2020. In response, she stated that she was available to speak at 4:30 pm on November 17, 2020.

5. On November 17, 2020, I spoke with Ms. McMillan by telephone. My colleague, Afroz Baig, was also on this call. During this phone call, I explained to Ms. McMillan the ILWU's interest in filing an *amicus* brief in the instant case, and the positions the ILWU intended to take. Ms. McMillian stated during this call that

she viewed the ILWU's involvement in this matter as solely supporting the PMA Employers. During this call, Ms. McMillian stated that the Plaintiffs would oppose the ILWU's request to file an amicus brief.

6.  My understanding from the discussion with Ms. McMillian was that the Plaintiffs' fundamentally disagreed with the positions the ILWU sought to take in its *amicus* filing, and additional time or discussions between me and Ms. McMillian would not change the Plaintiffs' position on the matter.

7.  In the interest of judicial economy, ILWU filed its Motion for Leave to File an Amicus Curiae brief on November 19, 2020, so that the Motion for Leave could be heard by the Court on the same day as the Plaintiffs' Motion for Class Certification.

8.  The proposed *amicus* brief filed on behalf of the ILWU was authored by counsel for the Union. No other party, or their counsel, contributed money that was intended to fund the preparation or submission of the ILWU's *amicus* brief. No person, other than the ILWU, its members, or its counsel, contributed money that was intended to fund preparing or submitting the *amicus* brief.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of December 2020, at Oakland, CA.

                                                /s/ Emily Maglio
                                                Emily M. Maglio