# EXHIBIT B

| | |
|---|---|
| From: | Heather K. McMillan |
| To: | Emily Maglio; ken@scmclaw.com; liz@scmclaw.com |
| Cc: | "Clifford D. Sethness"; eric.meckley@morganlewis.com; Eleanor Morton; Afroz Baig |
| Subject: | RE: Request to Meet and Confer over ILWU"s Motion to File an Amicus Brief in Opposition to Class Certification in Andrikos v. PMA |
| Date: | Friday, November 13, 2020 5:52:45 PM |
| Attachments: | image001.png |

Dear Ms. Maglio,

We are not inclined to grant this request and we are surprised the ILWU is taking a position opposite to the interest of the Union members.

This is a motion for class certification. We do not believe that a discussion of the history of the Union Hall is relevant.

If you would like to discuss this further, please let me know your availability on Monday afternoon or Tuesday.

Sincerely,

*Heather K. McMillan, Esq.* | Partner



335 Centennial Way
Tustin, CA 92780
714/730-1000
714/730-1067 Facsimile

CONFIDENTIALITY: This communication, including attachments, is for exclusive use of the addressee(s) and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any use, copying, disclosure, or distribution or the taking of any action in reliance upon this information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this communication and destroy all copies.

---

**From:** Emily Maglio [mailto:emaglio@leonardcarder.com]
**Sent:** Friday, November 13, 2020 12:18 PM
**To:** ken@scmclaw.com; heather@scmclaw.com; liz@scmclaw.com
**Cc:** Clifford D. Sethness (clifford.sethness@morganlewis.com); eric.meckley@morganlewis.com; Eleanor Morton; Afroz Baig
**Subject:** Request to Meet and Confer over ILWU's Motion to File an Amicus Brief in Opposition to Class Certification in Andrikos v. PMA

Dear Mr. Stevens, Ms. McMillan, and Ms. Perales,

ILWU intends to file a motion to file an amicus brief in opposition to class certification in *Andrikos v. PMA*, Case No. 2:19-cv-10421 GW (JCx) (C.D. Cal.). The Union's proposed amicus brief will address several erroneous assumptions that form the bases for plaintiffs' class certification motion. For example, ILWU (and not PMA or the PMA member companies) controls the dispatch hall, a longshore worker is not under the control of the employer until he or she "turns to," and TWIC is not

Exhibit B
Page 1

a condition of employment. The brief will discuss the historical development of the dispatch hall, the dispatch process, and the history regarding TWIC. Please let us know if you are available to discuss this afternoon or, in the alternative, if you consent to the filing of the ILWU's motion and amicus brief.

Thank you in advance,
Emily

_____

Emily M. Maglio
**LEONARD CARDER, LLP**
1188 Franklin Street, Suite 201  |  San Francisco, CA 94109
Tel: (415) 771-6400  |  Fax: (415) 771-7010
Email: emaglio@leonardcarder.com
www.leonardcarder.com

*Notice: This email and its attachments are confidential and may contain information that is attorney-client privileged, attorney work product, protected health information that is subject to HIPAA privacy and security guidelines, or otherwise legally exempt from disclosure.  If you are not the intended recipient, or the person responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message or any attachments is strictly prohibited.  If you have received this confidential communication in error, please notify the sender immediately at 415-771-6400 and destroy all copies of this message and any attachments (electronic, paper or otherwise).  Further note that any U.S. tax advice contained in this communication (including any attachments) cannot be relied upon by the taxpayer for protection from tax penalties.*

Virus-free. www.avast.com