1   MORGAN, LEWIS & BOCKIUS LLP
    Douglas R. Hart (Bar No. 115673)
2   Clifford D. Sethness (Bar No. 212975)
    300 South Grand Avenue
3   Twenty-second Floor
    Los Angeles, California  90071-3132
4   Telephone: +1.213.612.2500
    Facsimile:  +1.213.612.2501
5   clifford.sethness@morganlewis.com
    douglas.hart@morganlewis.com
6
    MORGAN, LEWIS & BOCKIUS LLP
7   Eric Meckley (Bar No. 168181)
    One Market, Spear Street Tower
8   San Francisco, California  94105-1596
    Telephone: +1.415.442.1000
9   Facsimile:  +1.415.442.1001
    eric.meckley@morganlewis.com
10
    Attorneys for Defendants
11  PACIFIC MARITIME ASSOCIATION, et al.

12              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
13

14  EVAGELOS ANDRIKOS, BRYANT      │  Case No. 2:19-cv-10421 GW(JCx)
    BURNS, MICHAEL OLVERA,         │
15  PAUL RUIZ, JERRY VRBANOVIC,    │  Hon. George H. Wu
    on behalf of themselves and other │
16  similarly situated non-exempt former │  **DECLARATION OF ERIC**
    and current employees,         │  **MECKLEY IN SUPPORT OF**
17                                 │  **DEFENDANTS' OPPOSITION TO**
                     Plaintiffs,   │  **PROPOSED INTERVENORS'** *EX*
18                                 │  *PARTE* **APPLICATION**
                                   │
19            v.                   │
                                   │
20  PACIFIC MARITIME               │
    ASSOCIATION; PACIFIC           │
21  MARITIME ASSOCIATION, INC.;    │
    APM TERMINALS PACIFIC LLC;     │
22  APS STEVEDORING, LLC;          │
    BENICIA PORT TERMINAL          │
23  COMPANY; CERES TERMINALS       │
    INCORPORATED; CRESCENT         │
24  CITY MARINE WAYS &             │
    DRYDOCK COMPANY, INC.;         │
25  EAGLE MARINE SERVICES, LTD.;   │
    EVERPORT TERMINAL              │
26  SERVICES, INC.; HARBOR         │
    INDUSTRIAL SERVICES            │
27  CORPORATION; INNOVATIVE        │
    TERMINAL SERVICES INC.;        │
28  INTERNATIONAL                  │
    TRANSPORTATION SERVICE,        │

INC.; KINDER MORGAN BULK
TERMINALS LLC; LBCT, LLC;
MARINE TERMINALS
CORPORATION; MARINE
TERMINALS CORPORATION OF
LOS ANGELES; MATSON
NAVIGATION COMPANY, INC.;
MATSON TERMINALS, INC.;
METROPOLITAN STEVEDORE
COMPANY; OCEAN TERMINAL
SERVICES, INC.; PACIFIC CRANE
MAINTENANCE COMPANY LP;
PACIFIC RO-RO STEVEDORING,
LLC; PASHA STEVEDORING &
TERMINALS LP; PORT
MAINTENANCE GROUP; SSA
MARINE, INC.; SSA TERMINALS,
LLC; TERMINAL EQUIPMENT
SERVICES, INC.; TOTAL
TERMINALS INTERNATIONAL,
LLC; TRANSPAC TERMINAL
SERVICES, LLC; TRAPAC, LLC;
YUSEN TERMINALS, INC.; and
DOES 1 through 100, inclusive,

Defendants.

## <u>DECLARATION OF ERIC MECKLEY</u>

I, Eric Meckley, declare as follows:

1.      I am a Partner with the law firm of Morgan, Lewis & Bockius LLP, counsel of record for Defendants.  I am duly licensed to practice in all state and federal courts in the State of California.  I make this declaration in support of Defendants' Opposition to Proposed Intervenors' *Ex Parte* Application.  The matters stated herein are based on personal knowledge, and if called as a witness, I could and would testify competently thereto.

2.      On February 19, 2019, Defendant Pacific Maritime Association ("PMA") filed a petition to coordinate the Proposed Intervenors' four state court proceedings: (1) *Anthony Wheeler v. Pacific Maritime Association*, Alameda County Superior Court Case No. RG18894226; (2) *Francisco Javier Gallardo v. Pacific Maritime Association*, Los Angeles County Superior Court Case No. BC703581; (3) *Jason E. Villasenor v. Pacific Maritime Association*, Alameda County Superior Court Case No. RG 14752546; and (4) *Jason E. Villasenor v. Pacific Maritime Association*, Alameda County Superior Court Case No. RG18923832.

3.      On June 5, 2019, PMA's petition for coordination was granted and all further proceedings in the four actions were stayed pending assignment of a coordination judge.  Attached as **Exhibit 1** is a true and correct copy of the Order Granting Coordination and Staying the Proceedings.

4.      Along with granting coordination, all further proceedings in the four coordinated actions were stayed pending assignment of a coordination trial judge. This stay on any activity in the coordinated actions remained in place for nearly one and a half years until the Hon. Winifred Smith, Alameda County Superior Court, was assigned as the coordination trial judge on November 30, 2020.  Attached as **Exhibit 2** is a true and correct copy of the Order assigning Hon. Judge Smith as the Coordination Trial Judge.

5.      On August 22, 2019, while the coordinated actions were stayed and dormant, Plaintiffs Evagelos Andrikos, Bryant Burns, Michael Olvera, Paul Ruiz and Jerry Vrbanovic filed this wage and hour putative class action against Pacific PMA and twenty-eight separate member company employers in Los Angeles County Superior Court.  On December 6, 2019, Plaintiffs filed the operative First Amended Complaint ("FAC"), which alleges claims for: (1) failure to pay wages and overtime wages; (2) failure to pay reporting time pay; (3) failure to reimburse business expenses; (4) failure to provide accurate wage statements; and (5) waiting time penalties; (6) waiting time penalties; and (7) meal and rest period violations.  On December 9, 2019, Defendants removed the case to this Court under the Class Action Fairness Act.

6.      On November 9 2020, my office filed a Notice of Related Case in each of the coordinated actions, informing counsel for the Proposed Intervenors of the *Andrikos* litigation.  Attached as **Exhibit 3** are true and correct copies of the Notices of Related Case filed in each of the state coordinated actions.  On that same day, I called Larry Lee, counsel for Proposed Intervenor Anthony Wheeler, to inform him of the fact that PMA had served the Notice of Related Case earlier that day and express a willingness to discuss further or answer any questions.

7.      Neither counsel for Wheeler nor counsel for Gallardo or Villasenor responded to my office about the Notice of Related Case for several weeks.

8.      On November 25, 2020, PMA and Plaintiffs Wheeler, Villasenor, and Gallardo filed a joint case management statement in advance of a scheduled case management conference in the coordinated actions.

9.      On December 1, 2020, a case management conference was held in the coordinated actions.  During the case management conference, counsel for Wheeler stated:  "we're still considering our options" and "we are planning on taking some actions, but we haven't – we are trying to figure out what to do."  Attached as

1     **Exhibit 4** is a true and correct copy of the Case Management Conference
2     Transcript.

3           10.     On December 9, 2020, Nick Rosenthal, counsel for Proposed
4     Intervenor Anthony Wheeler, left me a voicemail and sent a follow-up email
5     notifying me that plaintiffs in the coordinated action intended to intervene in
6     *Andrikos* and would attempt to do so via an *ex parte* application. On December 10,
7     2020, I informed Mr. Rosenthal that Defendants would be opposing the Proposed
8     Intervenors' *ex parte* application.

9          I declare under penalty of perjury under the laws of the United States of
10     America that the foregoing is true and correct.   Executed this 14th day of
11     December, 2020 at Marin, California.

12

13                               */s/ Eric Meckley*
14                                Eric Meckley

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:19-cv-10421 GW(JCx)
DECLARATION OF E. MECKLEY ISO DEFENDANTS' OPPOSITION TO PROPOSED INTERVENORS' *EX PARTE* APPLICATION

DB2/ 40035800.1

# Exhibit 1


*14105884*

1

2

**FILED**
ALAMEDA COUNTY

JUN 0 5 2019

CLERK OF THE SUPERIOR COURT
By_____ Deputy

3

4

5

6                   SUPERIOR COURT OF THE STATE OF CALIFORNIA

7                      IN AND FOR THE COUNTY OF ALAMEDA

8

9  IN RE PACIFIC MARITIME WAGE AND          No. JCCP 5011
   HOUR CASES

10                                           ORDER GRANTING PETITON FOR
                                             COORDINATION.

11                                           DEPT  21
                                             ̶2̶8̶

12                                           DATE 6/5/19
                                             TIME  9:00 AM

13

14

15

16        On 3/29/19, the Chair of the Judicial Council issued an Order Assigning Coordination

17  Motion Judge, authorizing the presiding Judge in Alameda County to appoint a Coordination

18  Motion Judge.  (CRC 3.524.)

19        On 4/4/19, Judge Stephen Pulido as "Chief Supervising Judge-Civil Law Judge assigned

20  Winifred Y. Smith to sit as coordination motion judge to determine whether coordination of the

21  included actions is appropriate.   (C.C.P. § 404; C.R.C. 3.524.)  The included cases are:

22

23     1. *Wheeler v. Pacific Maritime Association*, Superior Court of California, County of

24        Alameda, Case No. RG18-894226.

25     2. *Villasenor v. Pacific Maritime Association*, Superior Court of California, County of

26        Alameda, Case No. RG18-913432.

1

Exhibit 1
Page 1

3. *Villasenor v. Pacific Maritime Association*, Superior Court of California, County of Alameda, Case No. RG18-923832.

4. *Gallardo v. Pacific Maritime Association*, Superior Court of California, County of Los Angeles, Case No. BC703581.

The four included cases assert a variety of Labor Code claims against defendant Pacific Maritime Association ("PMA") both on behalf of putative classes of employees and on behalf of the LWDA under PAGA. The claims in four included cases have substantially similar and overlapping claims covering overlapping time periods.

THE INCLUDED CASES ARE COMPLEX.

The included cases are complex given the class action allegations, potentially extensive motion practice raising difficult or novel legal issues, and potentially extensive discovery practice. (CRC 3.400(b).) This court has already granted complex status to *Wheeler, Villasenor I,* and *Villasenor II.*

COORDINATION IS APPROPRIATE.   (CCP 404.1.)

CCP 404.1 outlines various factors that the court must consider when ruling on a Petition of Coordination. Coordination is appropriate if it "will promote the ends of justice taking into account whether the common question of fact or law is predominating and significant to the litigation; the convenience of the parties, witnesses, and counsel, the relative development of the actions and the work product of counsel, the efficient utilization of judicial facilities and manpower; the calendar of the courts; the disadvantages of duplicative and inconsistent rulings, orders, or judgments; and the likelihood of settlement of the actions without further litigation should coordination be denied."

1    In assessing whether coordination should be ordered, it is important to consider the

2    flexible nature of coordination. A coordination ruling does not mean a case must remain

3    coordinated for all purposes—indeed in this case plaintiffs seek only pretrial coordination.

4    Coordination is a flexible procedure, which permits the coordination judge to sever and remand

5    cases, establish special rules for discovery, modify or terminate a portion of the coordination

6    process or take other appropriate actions. (*McGhan Medical Corporation v. Superior Court*

7    (1992) 11 Cal.App.4th 804, 813-814.) The coordinating judge is accordingly vested with

8

9    "whatever great breadth of discretion may be necessary and appropriate to ease the transition

10   through the judicial system of the logjam of cases which give rise to coordination." (*Id* at 812.)

11   The four cases share common questions of law or fact. The four cases also share

12   overlapping putative classes and assert PAGA claims on behalf of the LWDA. There has been

13   some discovery, but the cases are in the early stages of the proceedings.

14

15   Coordination has undeniable benefits in these cases. Coordination appears to be the most

16   efficient utilization of judicial resources, taking into account the calendars of the courts and the

17   disadvantages of duplicative and inconsistent rulings, orders or judgments.   The court thus

18   concludes that coordination is appropriate under CCP 404.1 and that coordination of these cases

19   will promote the ends of justice.

20

21   LOCATION OF COORDINATED PROCEEDING

22   CRC 3.530 states that if the coordination motion judge grant the petition for coordination,

23   then the coordination motion judge must recommend a particular superior court for the site of the

24   coordinated proceeding.   Plaintiffs filed three of the four cases in Alameda County.  PMA

25

26   suggests that the coordinated proceeding be located in Alameda County.

The court recommends Alameda County as the venue for the coordinated proceeding. (CRC 3.530(b).)

The court recommends the First Appellate District Court of Appeal as appropriate reviewing court for the coordinated proceeding.  (CCP 404.2.)

IT IS THEREFORE ORDERED:

1.  The actions identified above found to be complex (CRC 3.403);

2.  Coordination of these actions is appropriate and therefore the Petition for Coordination is GRANTED (CCP 404.4; CRC 3.529);

3.  All further proceedings in the included actions are STAYED (CRC 3.529(b));

4.  Alameda County Superior Court is recommended as the coordination trial court for further proceedings and its Local Rules shall be the rules applicable except where modified by order of the Coordination Trial Judge (CRC 3.530); and

5.  The First District Court of Appeal is recommended as the reviewing court (CCP 404.2).

Dated: June 5, 2019

Winifred Y Smith
Judge of the Superior Court

4
Exhibit 1
Page 4

# Exhibit 2

*14102798*

**FILED**
ALAMEDA COUNTY

NOV 3 0 2020

CLERK OF THE SUPERIOR COURT
By _____
Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| IN RE PACIFIC MARITIME WAGE AND HOUR CASES | No. JCCP 5011<br><br>ORDER ASSIGNING JUDGE WINIFRED SMITH AS COORDINATION TRIAL JUDGE |

On or about 2/21/19, defendant filed a petition to coordinate.

On 3/26/19, the Chair of the Judicial Council issued an Order Assigning Coordination Motion Judge, authorizing the presiding Judge in Alameda County to appoint a Coordination Motion Judge. (CCP 404; CRC. 3.524.)

On 4/4/19, Judge Stephen Pulido as Chief Supervising Judge-Civil Law Judge assigned Winifred Y. Smith to sit as coordination motion judge to determine whether coordination of the included actions is appropriate.

On 6/5/19, Judge Smith granted the petition for coordination.

On 10/9/19, the Chair of the Judicial Council issued an Order Assigning Coordination Trial Judge, authorizing the presiding Judge in Alameda County to appoint a Coordination Trial Judge. (CCP 404.3; CRC 3.540.)

1

Exhibit 2
Page 1

The presiding Judge in Alameda County through General Directive 2020-02B designated Judge Brad Seligman as Supervising Judge of Complex and delegated to the Supervising Judge of Complex the case assignment duties set forth in CRC 10.603(b)(1)(B) and 10.603(c)(1(D), which include the case assignment duties set forth in CCP 404.3 and CRC 3.540(a).

The Court ASSIGNS the Honorable Winifred Y. Smith, judge of the Alameda County Superior Court, to sit as the coordination trial judge in this matter.  (CCP 404.3; CRC 3.540.) Immediately upon this assignment, the coordination trial judge may manage the coordinated cases.  (C.R.C. 3.541.)

Pursuant to CRC 3.540, the petitioner must file this order in each coordinated case. Pursuant to CRC 3.501(16) and 3.540(c), every paper filed in a coordinated case must be accompanied by proof of submission of a copy thereof to the coordination trial judge at the following address:

The Honorable Winifred Y. Smith
Alameda County Superior Court
Department 21
1221 Oak Street
Oakland, CA 94612

IT IS SO ORDERED.

Dated: November 2J, 2020

_____
Brad Seligman
Judge of the Superior Court

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA

Case Number: JCCP 5011
Case name: In Re Pacific Maritime Wage and Hour Cases

---

## CLERK'S CERTIFICATE OF SERVICE

I certify that the following is true and correct: I am the clerk in Dept. 23 of the Superior Court of California, County of Alameda and not a party to this cause. I served the ORDER ASSIGNING JUDGE WINIFRED SMITH AS COORDINATION TRIAL JUDGE by placing copies in envelopes addressed as shown below and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Dated: December 1, 2020

*Sonya De Baca*
Courtroom Clerk, Dept. 23

DIVERSITY LAW GROUP                          *Attorneys for Plaintiff Anthony Wheeler*
Larry Lee
Kristen M. Agnew
Mai Tulyathan
515 S. Figueroa St., Suite 1250
Los Angeles, CA 90071

POLARIS LAW GROUP, LLP
William L. Marder
501 San Benito St., Suite 200
Holllister, CA 95023

JAMES R. HAWKINS, APLC                       *Attorneys for Plaintiff for Jason E. Villasenor*
James R. Hawkins
Gregory E. Mauro
Michael Calvo
9880 Research Dr., Suite 200
Irvine, CA 92618

Exhibit 2
Page 3

MATERN LAW GROUP, PC
Matthew J. MAtern
Dalia R. Khaliki
Mikael h. Stahle
Irina Kimosova
1230 Rosecrans Ave., Suite 200
Manhattan Beach, CA 90266

*Attorneys for Plaintiff*
*Francisco Javier Gallardo*

*Sent via interoffice mail:*

Hon. Tara Desautels
*Presiding Judge of the Superior court of California,*
*County of Alameda*
*1225 Fallon Street*
*Oakland, CA 94612*

Exhibit 2
Page 4

Exhibit 3

To:   Page 12 of 19                  2020-11-09 21:16:17 (GMT)                 Morgan Lewis  From: Doyle, Adele

CM-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FILED BY FAX ONLY |
|---|---|
| Clifford D. Sethness, SBN 212975; Eric Meckley, SBN 168181 | ALAMEDA COUNTY |
| Morgan, Lewis & Bockius LLP | November 09, 2020 |
| 300 South Grand Ave, 22nd Floor | CLERK OF |
| Los Angeles CA 90071-3132 | THE SUPERIOR COURT |
| TELEPHONE NO.: 213.612.2500   FAX NO. *(Optional):* 213.612.2501 | By Joanne Downie, Deputy |
| E-MAIL ADDRESS *(Optional):* clifford.sethness@morganlewis.com | CASE NUMBER: |
| ATTORNEY FOR *(Name):* Pacific Maritime Association | JCCP005011 |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda | |
|---|---|
| STREET ADDRESS: 1221 Oak Street | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: Oakland, CA 94612 | |
| BRANCH NAME: | |

| PLAINTIFF/PETITIONER: Anthony Wheeler | CASE NUMBER: |
|---|---|
| | JCCP005011 (RG18894226) |
| DEFENDANT/RESPONDENT: Pacific Maritime Association | JUDICIAL OFFICER: |

| **NOTICE OF RELATED CASE** | DEPT.: |
|---|---|
| | 21 |

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1. a. Title: Evagelos Andrikos, et al. v. Pacific Maritime Association, et al.

   b. Case number: 2:19-cv-10421 GW(JCx)

   c. Court: ☐ same as above

   ☑ other state or federal court *(name and address):* Central District of CA, 350 West 1st St.,

   d. Department: Los Angeles CA 90012, Courtroom 9D, 9th Floor

   e. Case type: ☐ limited civil ☑ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*

   f. Filing date: 8/22/2019

   g. Has this case been designated or determined as "complex?" ☑ Yes ☐ No

   h. Relationship of this case to the case referenced above *(check all that apply):*

   ☑ involves the same parties and is based on the same or similar claims.

   ☑ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

   ☐ involves claims against, title to, possession of, or damages to the same property.

   ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

   ☐ Additional explanation is attached in attachment 1h

   i. Status of case:

   ☑ pending

   ☐ dismissed ☐ with ☐ without prejudice

   ☐ disposed of by judgment

2. a. Title:

   b. Case number:

   c. Court: ☐ same as above

   ☐ other state or federal court *(name and address):*

   d. Department:

| Form Approved for Optional Use | **NOTICE OF RELATED CASE** | Cal. Rules of Court, rule 3.300 |
|---|---|---|
| Judicial Council of California | | www.courtinfo.ca.gov |
| CM-015 [Rev. July 1, 2007] | | |

Exhibit 3
Page 1

**CM-015**

| PLAINTIFF/PETITIONER: Anthony Wheeler | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Pacific Maritime Association | JCCP005011 (RG18894226) |

2. *(continued)*

    e. Case type: ☐ limited civil  ☐ unlimited civil  ☐ probate  ☐ family law  ☐ other *(specify):*

    f. Filing date:

    g. Has this case been designated or determined as "complex?"  ☐ Yes  ☐ No

    h. Relationship of this case to the case referenced above *(check all that apply)*:

        ☐ involves the same parties and is based on the same or similar claims.

        ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

        ☐ involves claims against, title to, possession of, or damages to the same property.

        ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

            ☐ Additional explanation is attached in attachment 2h

    i. Status of case:

        ☐ pending

        ☐ dismissed  ☐ with  ☐ without prejudice

        ☐ disposed of by judgment

3. a. Title:

    b. Case number:

    c. Court: ☐ same as above

        ☐ other state or federal court *(name and address):*

    d. Department:

    e. Case type: ☐ limited civil  ☐ unlimited civil  ☐ probate  ☐ family law  ☐ other *(specify):*

    f. Filing date:

    g. Has this case been designated or determined as "complex?"  ☐ Yes  ☐ No

    h. Relationship of this case to the case referenced above *(check all that apply)*:

        ☐ involves the same parties and is based on the same or similar claims.

        ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

        ☐ involves claims against, title to, possession of, or damages to the same property.

        ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

            ☐ Additional explanation is attached in attachment 3h

    i. Status of case:

        ☐ pending

        ☐ dismissed  ☐ with  ☐ without prejudice

        ☐ disposed of by judgment

4. ☐ Additional related cases are described in Attachment 4. Number of pages attached: _____

Date: November 9, 2020

Clifford D. Sethness
_____
(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

**NOTICE OF RELATED CASE**

Exhibit 3

Page 2

1

## <u>PROOF OF SERVICE</u>

2

I, Adele Doyle, declare:

3

I am a citizen of the United States and employed in San Francisco, California.  I am over
the age of eighteen years and not a party to the within entitled action.  My business address is One
Market Street, Spear Street Tower, San Francisco, California  94105.  On November 9, 2020, I
served a copy of the within document(s):

4

5

## **NOTICE OF RELATED CASE**

6

7

☒   by transmitting via e-mail or electronic transmission the document(s) listed above
to the person(s) at the e-mail addresses set forth below.

8

Larry Lee            *Attorneys for Plaintiff Anthony*
Kristen M. Agnew         *Wheeler*
Nicholas Rosenthal
Mai Tulyathan
Diversity Law Group
515 S. Figueroa Street, Suite 1250
Los Angeles, CA  90071
Tel:  213.488.6555
Fax:  213.488.6554
lwlee@diversitylaw.com
kagnew@diversitylaw.com
nrosenthal@diversitylaw.com

9

10

11

12

13

14

15

William L. Marder
Polaris Law Group LLP
501 San Benito Street, Suite 200
Hollister, CA  95023
Tel:  831.531.4214
Fax:  831.634.0333
bill@polarislawgroup.com

16

17

18

19

20

James R. Hawkins, Esq.       *Attorneys Plaintiff for Jason E.*
Gregory E. Mauro, Esq.       *Villasenor*
Michael Calvo, Esq.
JAMES R. HAWKINS, APLC
9880 Research Drive, Suite 200
Irvine, CA  92618
Tel:  (949) 387-7200
Fax:  (949) 387-6676
Email: james@jameshawkinsaplc.com
   greg@jameshawkinsaplc.com
   michael@jameshawkinsaplc.com

21

22

23

24

25

26

27

28

1

Matthew J. Matern, Esq.                        *Attorneys for Plaintiff*
Dalia R. Khalili, Esq.                         *Francisco Javier Gallardo*
2
Mikael H. Stahle, Esq.
3
Irina Kirnosova, Esq.
Matern Law Group, PC
4
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA  90266
5
Tel:  310.531.1900
6
Fax:  310.531.1901
Email:  mmatern@maternlawgroup.com
7
Email:  dkhalili@maternlawgroup.com
Email:  mstahle@maternlawgroup.com
8
Email:  ikirnosova@maternlawgroup.com

9
        Executed on November 9, 2020, at San Francisco, California. I declare under penalty of
perjury under the laws of the State of California that the above is true and correct.
10

11

12
_____
Adele Doyle
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

To:   Page 4 of 19                    2020-11-09 21:16:17 (GMT)                Morgan Lewis From: Doyle, Adele

CM-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FILED BY FAX *ONLY* |
|---|---|
| Clifford D. Sethness, SBN 212975; Eric Meckley, SBN 168181<br>Morgan, Lewis & Bockius LLP<br>300 South Grand Ave, 22nd Floor<br>Los Angeles CA 90071-3132<br>TELEPHONE NO.: 213.612.2500       FAX NO. *(Optional):* 213.612.2501<br>E-MAIL ADDRESS *(Optional):* clifford.sethness@morganlewis.com<br>ATTORNEY FOR *(Name):* Pacific Maritime Association | ALAMEDA COUNTY<br><br>November 09, 2020<br><br>CLERK OF<br>THE SUPERIOR COURT<br>By Joanne Downie, Deputy<br><br>CASE NUMBER:<br>**JCCP005011** |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda |
|---|
| STREET ADDRESS: 1221 Oak Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Oakland, CA 94612 |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: Jason E. Villasenor | CASE NUMBER:<br>JCCP005011 (RG18913432) |
|---|---|
| DEFENDANT/RESPONDENT: Pacific Maritime Association | JUDICIAL OFFICER: |

| **NOTICE OF RELATED CASE** | DEPT.:<br>21 |
|---|---|

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1. a. Title: Evagelos Andrikos, et al. v. Pacific Maritime Association, et al.
   b. Case number: 2:19-cv-10421 GW(JCx)
   c. Court: ☐ same as above
      ☑ other state or federal court *(name and address):* Central District of CA, 350 West 1st St.,
   d. Department: Los Angeles CA 90012, Courtroom 9D, 9th Floor
   e. Case type: ☐ limited civil ☑ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*
   f. Filing date: 8/22/2019
   g. Has this case been designated or determined as "complex?" ☑ Yes ☐ No
   h. Relationship of this case to the case referenced above *(check all that apply):*
      ☑ involves the same parties and is based on the same or similar claims.
      ☑ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
      ☐ involves claims against, title to, possession of, or damages to the same property.
      ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
      ☐ Additional explanation is attached in attachment 1h
   i. Status of case:
      ☑ pending
      ☐ dismissed ☐ with ☐ without prejudice
      ☐ disposed of by judgment

2. a. Title:
   b. Case number:
   c. Court: ☐ same as above
      ☐ other state or federal court *(name and address):*
   d. Department:

Form Approved for Optional Use<br>Judicial Council of California<br>CM-015 [Rev. July 1, 2007]

**NOTICE OF RELATED CASE**

Cal. Rules of Court, rule 3.300<br>*www.courtinfo.ca.gov*

Exhibit 3

Page 5

CM-015

| PLAINTIFF/PETITIONER:   Jason E. Villasenor | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  Pacific Maritime Association | JCCP005011 (RG18913432) |

2. *(continued)*

   e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*

   f. Filing date:

   g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

   h. Relationship of this case to the case referenced above *(check all that apply):*

      ☐ involves the same parties and is based on the same or similar claims.

      ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

      ☐ involves claims against, title to, possession of, or damages to the same property.

      ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

        ☐ Additional explanation is attached in attachment 2h

   i. Status of case:

      ☐ pending

      ☐ dismissed ☐ with ☐ without prejudice

      ☐ disposed of by judgment

3.  a. Title:

   b. Case number:

   c. Court: ☐ same as above

      ☐ other state or federal court *(name and address):*

   d. Department:

   e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*

   f. Filing date:

   g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

   h. Relationship of this case to the case referenced above *(check all that apply):*

      ☐ involves the same parties and is based on the same or similar claims.

      ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

      ☐ involves claims against, title to, possession of, or damages to the same property.

      ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

        ☐ Additional explanation is attached in attachment 3h

   i. Status of case:

      ☐ pending

      ☐ dismissed ☐ with ☐ without prejudice

      ☐ disposed of by judgment

4. ☐ Additional related cases are described in Attachment 4. Number of pages attached: _____

Date: November 9, 2020

Clifford D. Sethness
_____
(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

Exhibit 3

Page 6

1

## PROOF OF SERVICE

2

    I, Adele Doyle, declare:

3

    I am a citizen of the United States and employed in San Francisco, California.  I am over

4

the age of eighteen years and not a party to the within entitled action.  My business address is One Market Street, Spear Street Tower, San Francisco, California  94105.  On November 9, 2020, I served a copy of the within document(s):

5

## NOTICE OF RELATED CASE

6

7

    ☒        by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail addresses set forth below.

8

Larry Lee                                       *Attorneys for Plaintiff Anthony*

9

Kristen M. Agnew                           *Wheeler*
Nicholas Rosenthal

10

Mai Tulyathan
Diversity Law Group

11

515 S. Figueroa Street, Suite 1250
Los Angeles, CA  90071

12

Tel:  213.488.6555
Fax:  213.488.6554

13

lwlee@diversitylaw.com

14

kagnew@diversitylaw.com
nrosenthal@diversitylaw.com

15

16

William L. Marder
Polaris Law Group LLP

17

501 San Benito Street, Suite 200
Hollister, CA  95023

18

Tel:  831.531.4214
Fax:  831.634.0333

19

bill@polarislawgroup.com

20

21

James R. Hawkins, Esq.                     *Attorneys Plaintiff for Jason E.*
Gregory E. Mauro, Esq.                   *Villasenor*

22

Michael Calvo, Esq.
JAMES R. HAWKINS, APLC

23

9880 Research Drive, Suite 200
Irvine, CA  92618

24

Tel:  (949) 387-7200
Fax:  (949) 387-6676

25

Email:   james@jameshawkinsaplc.com

26

           greg@jameshawkinsaplc.com
           michael@jameshawkinsaplc.com

27

28

Exhibit 3
Page 7

| | |
|---|---|
| 1 | Matthew J. Matern, Esq. |
| 2 | Dalia R. Khalili, Esq. |

Matthew J. Matern, Esq.                              *Attorneys for Plaintiff*
Dalia R. Khalili, Esq.                               *Francisco Javier Gallardo*
Mikael H. Stahle, Esq.
Irina Kirnosova, Esq.
Matern Law Group, PC
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA  90266
Tel:  310.531.1900
Fax:  310.531.1901
Email:  mmatern@maternlawgroup.com
Email:  dkhalili@maternlawgroup.com
Email:  mstahle@maternlawgroup.com
Email:  ikirnosova@maternlawgroup.com

     Executed on November 9, 2020, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Adele Doyle

To:   Page 8 of 19                2020-11-09 21:16:17 (GMT)                Morgan Lewis  From: Doyle, Adele

CM-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FILED BY FAX *ONLY* |
|---|---|
| Clifford D. Sethness, SBN 212975; Eric Meckley, SBN 168181<br>Morgan, Lewis & Bockius LLP<br>300 South Grand Ave, 22nd Floor<br>Los Angeles CA 90071-3132<br>TELEPHONE NO.: 213.612.2500   FAX NO. *(Optional):* 213.612.2501<br>E-MAIL ADDRESS *(Optional):* clifford.sethness@morganlewis.com<br>ATTORNEY FOR *(Name):* Pacific Maritime Association | ALAMEDA COUNTY<br><br>November 09, 2020<br><br>CLERK OF<br>THE SUPERIOR COURT<br>By Joanne Downie, Deputy<br><br>CASE NUMBER:<br>JCCP005011 |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda |
|---|
| STREET ADDRESS: 1221 Oak Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Oakland, CA 94612 |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: Jason E. Villasenor | CASE NUMBER:<br>JCCP005011 (RG18923832) |
|---|---|
| DEFENDANT/RESPONDENT: Pacific Maritime Association | JUDICIAL OFFICER: |

| NOTICE OF RELATED CASE | DEPT.:<br>21 |
|---|---|

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1. a. Title: Evagelos Andrikos, et al. v. Pacific Maritime Association, et al.
   b. Case number: 2:19-cv-10421 GW(JCx)
   c. Court: ☐ same as above
      ☑ other state or federal court *(name and address):* Central District of CA, 350 West 1st St.,
   d. Department: Los Angeles CA 90012, Courtroom 9D, 9th Floor
   e. Case type: ☐ limited civil  ☑ unlimited civil  ☐ probate  ☐ family law  ☐ other *(specify):*
   f. Filing date: 8/22/2019
   g. Has this case been designated or determined as "complex?"  ☑ Yes  ☐ No
   h. Relationship of this case to the case referenced above *(check all that apply):*
      ☑ involves the same parties and is based on the same or similar claims.
      ☑ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
      ☐ involves claims against, title to, possession of, or damages to the same property.
      ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
         ☐ Additional explanation is attached in attachment 1h
   i. Status of case:
      ☑ pending
      ☐ dismissed  ☐ with  ☐ without prejudice
      ☐ disposed of by judgment

2. a. Title:
   b. Case number:
   c. Court: ☐ same as above
      ☐ other state or federal court *(name and address):*
   d. Department:

Page 1 of 3

Form Approved for Optional Use<br>Judicial Council of California<br>CM-015 [Rev. July 1, 2007]

**NOTICE OF RELATED CASE**

Cal. Rules of Court, rule 3.300<br>www.courtinfo.ca.gov

Exhibit 3
Page 9

**CM-015**

| | CASE NUMBER: |
|---|---|
| PLAINTIFF/PETITIONER:  Jason E. Villasenor | JCCP005011 (RG18923832) |
| DEFENDANT/RESPONDENT:  Pacific Maritime Association | |

2.  *(continued)*

  e.  Case type: ☐ limited civil  ☐ unlimited civil  ☐ probate  ☐ family law  ☐ other *(specify):*

  f.  Filing date:

  g.  Has this case been designated or determined as "complex?"  ☐ Yes  ☐ No

  h.  Relationship of this case to the case referenced above *(check all that apply):*

  ☐ involves the same parties and is based on the same or similar claims.

  ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

  ☐ involves claims against, title to, possession of, or damages to the same property.

  ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

  ☐ Additional explanation is attached in attachment 2h

  i.  Status of case:

  ☐ pending

  ☐ dismissed  ☐ with  ☐ without prejudice

  ☐ disposed of by judgment

3.  a.  Title:

  b.  Case number:

  c.  Court:  ☐ same as above

  ☐ other state or federal court *(name and address):*

  d.  Department:

  e.  Case type:  ☐ limited civil  ☐ unlimited civil  ☐ probate  ☐ family law  ☐ other *(specify):*

  f.  Filing date:

  g.  Has this case been designated or determined as "complex?"  ☐ Yes  ☐ No

  h.  Relationship of this case to the case referenced above *(check all that apply):*

  ☐ involves the same parties and is based on the same or similar claims.

  ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

  ☐ involves claims against, title to, possession of, or damages to the same property.

  ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

  ☐ Additional explanation is attached in attachment 3h

  i.  Status of case:

  ☐ pending

  ☐ dismissed  ☐ with  ☐ without prejudice

  ☐ disposed of by judgment

4.  ☐ Additional related cases are described in Attachment 4. Number of pages attached: _____

Date:  November 9, 2020

Clifford D. Sethness

▶

| (TYPE OR PRINT NAME OF PARTY OR ATTORNEY) | (SIGNATURE OF PARTY OR ATTORNEY) |
|---|---|

**NOTICE OF RELATED CASE**

Exhibit 3

Page 10

1

## <u>PROOF OF SERVICE</u>

2

I, Adele Doyle, declare:

3

I am a citizen of the United States and employed in San Francisco, California.  I am over
the age of eighteen years and not a party to the within entitled action.  My business address is One

4

Market Street, Spear Street Tower, San Francisco, California  94105.  On November 9, 2020, I
served a copy of the within document(s):

5

6

## **NOTICE OF RELATED CASE**

7

☒      by transmitting via e-mail or electronic transmission the document(s) listed above
to the person(s) at the e-mail addresses set forth below.

8

Larry Lee                                                                    *Attorneys for Plaintiff Anthony*
Kristen M. Agnew                                                      *Wheeler*

9

Nicholas Rosenthal

10

Mai Tulyathan
Diversity Law Group

11

515 S. Figueroa Street, Suite 1250
Los Angeles, CA  90071

12

Tel:  213.488.6555
Fax:  213.488.6554

13

lwlee@diversitylaw.com

14

kagnew@diversitylaw.com
nrosenthal@diversitylaw.com

15

16

William L. Marder
Polaris Law Group LLP

17

501 San Benito Street, Suite 200
Hollister, CA  95023

18

Tel:  831.531.4214
Fax:  831.634.0333

19

bill@polarislawgroup.com

20

21

James R. Hawkins, Esq.                                          *Attorneys Plaintiff for Jason E.*
Gregory E. Mauro, Esq.                                          *Villasenor*

22

Michael Calvo, Esq.
JAMES R. HAWKINS, APLC

23

9880 Research Drive, Suite 200
Irvine, CA  92618

24

Tel:  (949) 387-7200
Fax:  (949) 387-6676

25

Email:    james@jameshawkinsaplc.com

26

greg@jameshawkinsaplc.com
michael@jameshawkinsaplc.com

27

28

---

1
2
3
4
5
6
7
8

Matthew J. Matern, Esq.
Dalia R. Khalili, Esq.
Mikael H. Stahle, Esq.
Irina Kirnosova, Esq.
Matern Law Group, PC
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA  90266
Tel:  310.531.1900
Fax:  310.531.1901
Email:  mmatern@maternlawgroup.com
Email:  dkhalili@maternlawgroup.com
Email:  mstahle@maternlawgroup.com
Email:  ikirnosova@maternlawgroup.com

*Attorneys for Plaintiff*
*Francisco Javier Gallardo*

9
10

    Executed on November 9, 2020, at San Francisco, California. I declare under penalty of
perjury under the laws of the State of California that the above is true and correct.

11
12

_____
Adele Doyle

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
PROOF OF SERVICE

Exhibit 3
Page 12

CM-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Clifford D. Sethness, SBN 212975; Eric Meckley, SBN 168181<br>Morgan, Lewis & Bockius LLP<br>300 South Grand Ave, 22nd Floor<br>Los Angeles CA 90071-3132<br>TELEPHONE NO.: 213.612.2500   FAX NO. *(Optional):* 213.612.2501<br>E-MAIL ADDRESS *(Optional):* clifford.sethness@morganlewis.com<br>ATTORNEY FOR *(Name):* Pacific Maritime Association | **FILED BY FAX** *ONLY*<br>ALAMEDA COUNTY<br>November 09, 2020<br>CLERK OF<br>THE SUPERIOR COURT<br>By Joanne Downie, Deputy<br>CASE NUMBER:<br>**JCCP005011** |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Alameda<br>STREET ADDRESS: 1221 Oak Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Oakland, CA 94612<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Francisco Javier Gallardo | CASE NUMBER:<br>JCCP005011 (BC703581) |
| DEFENDANT/RESPONDENT: Pacific Maritime Association | JUDICIAL OFFICER: |
| **NOTICE OF RELATED CASE** | DEPT.:<br>21 |

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1.  a.  Title: Evagelos Andrikos, et al. v. Pacific Maritime Association, et al.
    b.  Case number:  2:19-cv-10421 GW(JCx)
    c.  Court: ☐ same as above
        ☑ other state or federal court *(name and address):* Central District of CA, 350 West 1st St.,
    d.  Department: Los Angeles CA 90012, Courtroom 9D, 9th Floor
    e.  Case type: ☐ limited civil  ☑ unlimited civil  ☐ probate  ☐ family law  ☐ other *(specify):*
    f.  Filing date: 8/22/2019
    g.  Has this case been designated or determined as "complex?"  ☑ Yes  ☐ No
    h.  Relationship of this case to the case referenced above *(check all that apply):*
        ☑ involves the same parties and is based on the same or similar claims.
        ☑ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
        ☐ involves claims against, title to, possession of, or damages to the same property.
        ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
            ☐ Additional explanation is attached in attachment 1h
    i.  Status of case:
        ☑ pending
        ☐ dismissed  ☐ with  ☐ without prejudice
        ☐ disposed of by judgment

2.  a.  Title:
    b.  Case number:
    c.  Court: ☐ same as above
        ☐ other state or federal court *(name and address):*
    d.  Department:

| Form Approved for Optional Use<br>Judicial Council of California<br>CM-015 [Rev. July 1, 2007] | **NOTICE OF RELATED CASE** | Cal. Rules of Court, rule 3.300<br>*www.courtinfo.ca.gov* |
|---|---|---|

Exhibit 3
Page 13

**CM-015**

| | |
|---|---|
| PLAINTIFF/PETITIONER: Francisco Javier Gallardo | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Pacific Maritime Association | JCCP005011 (BC703581) |

2. *(continued)*

e. Case type: ☐ limited civil   ☐ unlimited civil   ☐ probate   ☐ family law   ☐ other *(specify)*:

f. Filing date:

g. Has this case been designated or determined as "complex?"   ☐ Yes   ☐ No

h. Relationship of this case to the case referenced above *(check all that apply)*:

   ☐ involves the same parties and is based on the same or similar claims.

   ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

   ☐ involves claims against, title to, possession of, or damages to the same property.

   ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

      ☐ Additional explanation is attached in attachment 2h

i. Status of case:

   ☐ pending

   ☐ dismissed   ☐ with   ☐ without prejudice

   ☐ disposed of by judgment

3. a. Title:

   b. Case number:

   c. Court:   ☐ same as above

               ☐ other state or federal court *(name and address)*:

   d. Department:

   e. Case type: ☐ limited civil   ☐ unlimited civil   ☐ probate   ☐ family law   ☐ other *(specify)*:

   f. Filing date:

   g. Has this case been designated or determined as "complex?"   ☐ Yes   ☐ No

   h. Relationship of this case to the case referenced above *(check all that apply)*:

      ☐ involves the same parties and is based on the same or similar claims.

      ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

      ☐ involves claims against, title to, possession of, or damages to the same property.

      ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

         ☐ Additional explanation is attached in attachment 3h

   i. Status of case:

      ☐ pending

      ☐ dismissed   ☐ with   ☐ without prejudice

      ☐ disposed of by judgment

4. ☐ Additional related cases are described in Attachment 4. Number of pages attached: _____

Date: November 9, 2020

Clifford D. Sethness
_____
(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

**NOTICE OF RELATED CASE**

Exhibit 3

Page 14

1

## **PROOF OF SERVICE**

2

    I, Adele Doyle, declare:

3

    I am a citizen of the United States and employed in San Francisco, California.  I am over the age of eighteen years and not a party to the within entitled action.  My business address is One

4

Market Street, Spear Street Tower, San Francisco, California  94105.  On November 9, 2020, I served a copy of the within document(s):

5

## **NOTICE OF RELATED CASE**

6

7

    ☒      by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail addresses set forth below.

8

Larry Lee
Kristen M. Agnew

*Attorneys for Plaintiff Anthony*
*Wheeler*

9

Nicholas Rosenthal
Mai Tulyathan

10

Diversity Law Group

11

515 S. Figueroa Street, Suite 1250
Los Angeles, CA  90071

12

Tel:  213.488.6555
Fax:  213.488.6554

13

lwlee@diversitylaw.com
kagnew@diversitylaw.com

14

nrosenthal@diversitylaw.com

15

16

William L. Marder
Polaris Law Group LLP

17

501 San Benito Street, Suite 200
Hollister, CA  95023

18

Tel:  831.531.4214
Fax:  831.634.0333

19

bill@polarislawgroup.com

20

21

James R. Hawkins, Esq.
Gregory E. Mauro, Esq.

*Attorneys Plaintiff for Jason E.*
*Villasenor*

22

Michael Calvo, Esq.
JAMES R. HAWKINS, APLC

23

9880 Research Drive, Suite 200
Irvine, CA  92618

24

Tel:  (949) 387-7200
Fax:  (949) 387-6676

25

Email:   james@jameshawkinsaplc.com

26

           greg@jameshawkinsaplc.com
           michael@jameshawkinsaplc.com

27

28

1

2
Matthew J. Matern, Esq.                           *Attorneys for Plaintiff*
Dalia R. Khalili, Esq.                            *Francisco Javier Gallardo*
Mikael H. Stahle, Esq.

3
Irina Kirnosova, Esq.
Matern Law Group, PC

4
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA  90266

5
Tel:  310.531.1900
Fax:  310.531.1901

6
Email:  mmatern@maternlawgroup.com

7
Email:  dkhalili@maternlawgroup.com
Email:  mstahle@maternlawgroup.com

8
Email:  ikirnosova@maternlawgroup.com

9
        Executed on November 9, 2020, at San Francisco, California. I declare under penalty of

10
perjury under the laws of the State of California that the above is true and correct.

11

12
_____
Adele Doyle

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
Exhibit 3
Page 16

Exhibit 4

**In the Matter of:**

Gallardo, Francisco Javier vs Pacific Maritime Association

**TRANSCRIPT OF PROCEEDINGS**

*December 01, 2020*

*Job Number: 694894*

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                    FOR THE COUNTY OF ALAMEDA

 3     DEPARTMENT 21            HON. WINIFRED Y. SMITH, JUDGE

 4

 5     Coordinated Proceeding Special Title  ) No. JCCP005011
       (Rule 3.550)                          )
 6                                           )     CERTIFIED COPY
       PACIFIC MARITIME WAGE AND HOUR CASES  )
 7                                           )
       INCLUDED ACTIONS:                     )
 8                                           )
       Francisco Javier Gallardo v.          )
 9     Pacific Maritime Association          )
       Los Angeles Superior Court            )
10     Case No. BC703581                     )
                                             )
11     Anthony Wheeler v. Pacific Maritime   )
       Association                           )
12     Alameda Superior Court                )
       Case No. RG18894226                   )
13                                           )
       Jason E. Villasenor v. Pacific        )
14     Maritime Association                  )
       Alameda Superior Court                )
15     Case No. RG18913432 and RG18923832    )
       _____)
16

17

18

19

20            REPORTER'S TRANSCRIPT OF PROCEEDINGS

21              TUESDAY, DECEMBER 1, 2020

22

23

24

25

26     JOB NO.: 694894

27     REPORTED BY: MONICA L. SCHOONOVER, CSR 10220
                    COURT REPORTER
```

Exhibit 4
Page 2

TRANSCRIPT OF PROCEEDINGS - 12/01/2020

```
28

 1    APPEARANCES:

 2        For Plaintiff Wheeler:

 3                    DIVERSITY LAW GROUP, P.C.
                      BY:  NICHOLAS ROSENTHAL, ESQ.
 4                    515 South Figueroa Street, Suite 1250
                      Los Angeles, California  90071
 5                    213.488.6555
                      nrosenthal@diversitylaw.com
 6                    (APPEARING VIA VIDEOCONFERENCE)

 7        For Plaintiff Villasenor:

 8                    JAMES HAWKINS APLC
                      BY:  MICHAEL CALVO, ESQ.
 9                    9880 Research Drive, Suite 200
                      Irvine, California  92618
10                    949.387.7200
                      michael@jameshawkinsaplc.com
11                    (APPEARING VIA VIDEOCONFERENCE)

12        For Defendant:

13                    MORGAN, LEWIS & BOCKIUS LLP
                      BY:  ERIC MECKLEY, ESQ.
14                    One Market, Spear Street Tower
                      San Francisco, California  94105
15                    415.442.1000
                      eric.meckley@morganlewis.com
16                    (APPEARING VIA VIDEOCONFERENCE)

17

18

19

20

21

22

23

24

25

26

27

28
```

TRANSCRIPT OF PROCEEDINGS - 12/01/2020

```
 1   CASE NUMBER:            JCCP005011
 2   CASE NAME:              PACIFIC MARITIME WAGE AND HOUR
 3   ALAMEDA, CALIFORNIA     TUESDAY, DECEMBER 1, 2020
 4   DEPARTMENT 21           HON. WINIFRED Y. SMITH, JUDGE
 5   REPORTER:               MONICA L. SCHOONOVER, CSR 10220
 6   TIME:                   10:04 A.M.
 7
 8           THE COURT:  Good morning, counsel.  We have two
 9   cases on this morning at 10:00.  The first of which is
10   Pacific Maritime Wage and Hour, and the second was -- is
11   Reyna versus Brilliant.  I understand there is at least
12   one court reporter on.  For which case is the court
13   reporter reporting?
14           THE COURT REPORTER:  I'm here on Pacific
15   Maritime Wage and Hour.
16           THE COURT:  Okay.  Thank you.  We are going to
17   take that first.
18           Madam court reporter, if you have any trouble
19   hearing me, let me know.  Just sort of raise your hand
20   and I will sort of redirect everyone in some way to help
21   you.
22           All right.  So this morning I wanted to let you
23   know that the order assigning a coordination trial judge
24   is being filed.  We contacted the presiding judge and the
25   supervising judge of civil yesterday when I realized that
26   it hadn't been done, and so we accelerated that process.
27   So as of today, I will be assigned the coordination trial
28   judge.
```

TRANSCRIPT OF PROCEEDINGS - 12/01/2020

1        Taking that into consideration, I don't know
2   whether or not it's been filed, so I won't proceed as the
3   trial judge today, but it looks as though there's a case
4   in federal court that's proceeding and that that would be
5   a topic of conversation at least with respect to the
6   plaintiffs wanting to move with this coordinated matter
7   but apparently not wanting to move any further with the
8   case in the Central District.
9        So I will ask -- let me ask plaintiff's counsel
10  where you are with respect to as you say suspending the
11  matter in the Andricos [phonetic] matter.
12       MR. ROSENTHAL:  Certainly, your Honor.  This is
13  Nick Rosenthal.  I represent Plaintiff Wheeler in his
14  specific case against Pacific Maritime.
15       Well, we're -- we're still considering our
16  options.  Obviously, we only learned about the case
17  that's been pending in federal court for over a year, I
18  believe, either last week or the week before.  So we are
19  planning on taking some action, but we haven't -- we are
20  trying to figure out what to do.
21       THE COURT:  Okay.  I am sorry.  I apologize.  I
22  did not take appearances first.  I am sorry.  If
23  everybody could just state their appearance quickly for
24  the record.
25       MR. ROSENTHAL:  This is Nick Rosenthal for
26  Plaintiff Wheeler.
27       THE COURT:  Okay.  And for defendants?
28       MR. MECKLEY:  Your Honor, this is Eric Meckley

TRANSCRIPT OF PROCEEDINGS - 12/01/2020

```
 1   appearing for Defendant Pacific Maritime Association.
 2             THE COURT:  Okay.
 3             MR. CALVO:  Good morning, your Honor.  Michael
 4   Calvo appearing on behalf of Jason Villasenor.
 5             THE COURT:  Okay.  Excellent.
 6             All right.  So plaintiff's counsel, Mr.
 7   Rosenthal, in light of what I just told you, we will be
 8   moving as a coordinated matter.  I will be appointed the
 9   coordination trial judge.  What -- what do you want me to
10   address today?  Because it sounds like you are trying to
11   decide what to do with the Central District.
12             MR. ROSENTHAL:  Right.
13             THE COURT:  But with respect to moving on with
14   discovery in these cases, I think that's been ongoing.
15   So what is it you would like for me to address today?
16             MR. ROSENTHAL:  Well, I think to the extent
17   obviously this case has been stayed for the last -- over
18   a year, so to remove the stay would probably be our
19   number one priority.
20             Speaking for Plaintiff Wheeler only, I believe
21   we're prepared to move ahead with class certification.
22   We've done all the discovery we need.  So we're ready to
23   move ahead and we would request that the Court lift the
24   stay that's been on this case.
25             THE COURT:  Okay.  And let me just hear quickly
26   from defense counsel.
27             MR. MECKLEY:  Yes, your Honor.  It seems like
28   coordinating the cases requires us to look at:  Are there
```

Exhibit 4
Page 6

```
 1    issues that apply across all of them?  So I am not sure
 2    whether counsel for Villasenor intends to seek class
 3    certification.  Gallardo is another one of the
 4    coordinated cases.  I haven't heard the counsel for
 5    Gallardo on the line or at this case management
 6    conference, and it seems like we would want their input
 7    as well so we kind of have a -- at least a comprehensive
 8    approach as to how we are going to proceed with these
 9    cases and probably, you know, present some of those
10    issues to you in a joint statement for a further CMC
11    where we can all get on the same page and consider those
12    issues.
13               THE COURT:  All right.  Well, let me suggest --
14               MR. ROSENTHAL:  Your Honor?
15               THE COURT:  I'm sorry.  Go ahead, counsel.
16               MR. ROSENTHAL:  Can I just respond to that
17    briefly?
18               THE COURT:  Yes.
19               MR. ROSENTHAL:  My recollection is that at the
20    hearing on whether these matters should be coordinated,
21    there was actually some discussion of this very issue.
22    Granted, it was over a year ago at this point.  And the
23    consensus was, well, these matters are coordinated.  They
24    are not consolidated.  They are not the same case.  So
25    they are simply -- they will simply be under the purview
26    of the same judge.  However, they don't need to be
27    litigated simultaneously or anything of that nature.
28               So in light of the fact that the Wheeler matter
```

TRANSCRIPT OF PROCEEDINGS - 12/01/2020

1    is a relatively narrow case, not broad, I don't think
2    it's appropriate for Plaintiff Wheeler to be forced to
3    wait however long it takes for those other cases -- the
4    other coordinated cases just so that he can file a class
5    certification motion that he is prepared to file right
6    now.
7              THE COURT:  Okay.  So let me do this -- because
8    the point of coordinating the cases, of course, is to
9    manage them together and conserve resources and also move
10   the cases in a way that will result in some resolution
11   that everybody can live with, and I think that I would
12   agree with you.  They don't have to be litigated
13   together, but there has to be some coordination.  That's
14   the point of this exercise.
15             So I am going to suggest that we do this:  I am
16   going to continue the case management for a short period
17   of time to allow you to meet and confer because I don't
18   think trying to mediate how we go forward right now,
19   particularly in view of the fact that until today you
20   didn't realize that I was going to be the coordination
21   trial judge or, you know, it was likely to be, but it's
22   happening now.  The cases will be coordinated.  We will
23   be moving forward.
24             So why don't I put this out until just after the
25   beginning of the year and give you an opportunity to meet
26   and confer on some of these issues.  And then when I get
27   your case management conference statement with regard to
28   how you want to approach these issues, I think we can

1    have a more productive conversation because right now I

2    don't think so.

3            So I am going to do this:  I am going to lift

4    the stay.  Cases should move forward, but I am also going

5    to charge you, both sides, of course with mediating or at

6    least meeting and conferring on an approach to this that

7    makes sense.  That is to say, while they don't have to be

8    tried necessarily together, the efforts do have to be

9    coordinated.  Discovery needs to be coordinated.  A lot

10   of things are going to need to be coordinated.  And I

11   think you need to have an opportunity to try to figure

12   that out on your own before I step in.

13           So I am going to continue this case management

14   conference until January 19th at 10:00 o'clock in this

15   department, and we will continue the conversation on

16   where we are going, and maybe by that time you will have

17   figured out what you -- how you want to approach the case

18   in the Central District.

19           So is there any objection to that approach?

20           MR. CALVO:  No.

21           THE COURT:  Okay.  To January 19th then.  Is

22   there any objection to that approach?

23           MR. ROSENTHAL:  Your Honor, it's not an

24   objection.  Just again, this is Nick Rosenthal for

25   Plaintiff Wheeler.  Just to inform the Court, we are

26   aware that there's a class certification hearing supposed

27   to occur in the federal court case on December 17th.  So

28   I am not sure if there's anything that the Court needs to

TRANSCRIPT OF PROCEEDINGS - 12/01/2020

```
 1   do about that.  I just wanted to inform the Court that by
 2   that time, there would have been significant activity in
 3   the federal court by the time of our next CMC.
 4           THE COURT:  Right.  But the Court can't do a
 5   thing about what's happening in federal court.
 6           MR. ROSENTHAL:  I know that.  Certainly, I
 7   understand.
 8           THE COURT:  So it probably is a good idea to
 9   continue this into January because however the court
10   rules on that, it will have an impact on these cases, and
11   since there's -- it's December 17th and not some date
12   further out where there may be some opportunity to also
13   file and have heard something in this case, I think it's
14   important then to have that information before trying to
15   move forward.  It may or may not resolve your issues, but
16   I think that -- that once that happens, we will have a
17   better idea of how these cases will proceed.  Okay?
18           MR. ROSENTHAL:  Thank you, your Honor.
19           THE COURT:  You're welcome.  All right.  See you
20   January 19th, 10:00 o'clock in this department.
21           And I would just say to you, counsel, and this
22   is to anybody who is on the phone, we are having a
23   terrible time getting matters filed, scanned, and in the
24   Register of Actions.  If you have case management
25   conference statements, any documents, and you have any
26   upcoming matters, look in the Register of Actions.  If
27   you don't see your most recent documents filed and
28   scanned, then send them by email to the Court.  Because
```

TRANSCRIPT OF PROCEEDINGS - 12/01/2020

1   what I am having to do at this point is ask my clerk
2   which is a huge burden to email people to say, hey, we
3   don't have your case management conference statement.  We
4   can't go forward until we do.  And everybody is usually
5   timely in filing it.  It's just the problem is on our
6   end.
7          So if you have this or any other cases in civil
8   court in Alameda County, all the judges are having the
9   same problem.  So it would be helpful for parties to send
10  an email copy of whatever they are filing to the court
11  unless the judge has actually asked you to do something
12  very different, but most of us are kind of moaning about
13  the same problem which is there's a tremendous amount of
14  delay as a result of what's happening in our clerk's
15  office.
16         All right.  Thank you, counsel.
17         MR. ROSENTHAL:  Thank you, your Honor.
18         MR. CALVO:  Thank you, your Honor.
19         MR. MECKLEY:  Thank you, your Honor.
20         (Hearing concluded at 10:15 a.m.)
21
22
23
24
25
26
27
28

TRANSCRIPT OF PROCEEDINGS - 12/01/2020

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                     FOR THE COUNTY OF ALAMEDA

 3   DEPARTMENT 21           HON. WINIFRED Y. SMITH, JUDGE

 4

 5   Coordinated Proceeding Special Title  )  No. JCCP005011
     (Rule 3.550)                           )
 6                                          )
     PACIFIC MARITIME WAGE AND HOUR CASES   )
 7                                          )
     INCLUDED ACTIONS:                      )
 8                                          )
     Francisco Javier Gallardo vs.          )
 9   Pacific Maritime Association           )
     Los Angeles Superior Court             )
10   Case No. BC703581                      )
                                            )
11   Anthony Wheeler vs. Pacific Maritime   )  REPORTER'S
     Association                            )  CERTIFICATE
12   Alameda Superior Court                 )
     Case No. RG18894226                    )
13                                          )
     Jason E. Villasenor vs.  Pacific       )
14   Maritime Association                   )
     Alameda Superior Court                 )
15   Case No. RG18913432 and RG18923832     )
     _____ )
16

17

18          I, MONICA L. SCHOONOVER, CERTIFIED SHORTHAND

19   REPORTER OF THE STATE OF CALIFORNIA, DO HEREBY CERTIFY

20   THAT THE FOREGOING PAGES 1 THROUGH 9 COMPRISE A FULL,

21   TRUE, AND CORRECT TRANSCRIPT OF THE PROCEEDINGS IN THE

22   MATTER OF THE ABOVE-ENTITLED CAUSE ON TUESDAY, DECEMBER

23   1, 2020.

24          DATED THIS 2ND DAY OF DECEMBER, 2020.

25          .

26

27   _____

28          MONICA L. SCHOONOVER, CSR NO. 10220
```