UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-10421-GW-JCx | Date | June 10, 2021 |
|---|---|---|---|
| Title | *Evangelos Andrikos, et al. v. APM Terminals Pacific, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Heather K. McMillan | Clifford D. Sethness |

**PROCEEDINGS:** **TELEPHONIC CONFERENCE**

Court and counsel confer. The Court sets a hearing on Plaintiff's Motion for Class Certification [37], and Motion for Leave to File Amicus Curiae Brief of the International Longshore and Warehouse Union [43], for July 8, 2021 at 8:30 a.m.

: 05

Initials of Preparer   JG